# Exhibit 1

US007305704B2

(12) **United States Patent** (10) **Patent No.:** **US 7,305,704 B2**
Ofek et al. (45) **Date of Patent:** **Dec. 4, 2007**

(54) **MANAGEMENT OF TRUSTED FLOW SYSTEM**

(75) Inventors: **Yoram Ofek**, Riverdale, NY (US); **Marcel Mordechay Yung**, New York, NY (US)

(73) Assignee: **TrustedFlow Systems, Inc.**, Skokie, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 741 days.

(21) Appl. No.: **10/219,380**

(22) Filed: **Aug. 14, 2002**

(65) **Prior Publication Data**

US 2003/0177383 A1 Sep. 18, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/365,148, filed on Mar. 16, 2002.

(51) **Int. Cl.**
*H04L 9/32* (2006.01)
*H04L 9/00* (2006.01)

(52) **U.S. Cl.** .............................. **726/15**; 726/2; 726/13; 713/168; 713/176; 713/178

(58) **Field of Classification Search** .................... 726/5, 726/22, 29, 1–2, 13–15; 713/168, 176, 178; 380/46
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,913,024 A * 6/1999 Green et al. .................... 726/3
6,044,469 A * 3/2000 Horstmann .................. 726/29

6,415,031 B1 * 7/2002 Colligan et al. ............ 380/200
6,463,474 B1 * 10/2002 Fuh et al. .................... 709/225
6,643,773 B1 * 11/2003 Hardjono .................... 713/153

OTHER PUBLICATIONS

Kakkar et al, Certificate Distribution with Local Autonomy, 2000, Springer-Verlag, pp. 277-295.*
Derek Atkins et al., "Internet Security: Professional Reference," Book & CD-ROM Edition, Feb. 1996, ISBN: 1562055577, New Riders Publishing, Indianapolis, IN, USA.
Andrew S. Tanenbaum, "Computer Networks," Third Edition, Mar. 1996, ISBN: 0133499456, Prentice Hall PTR, Upper Saddle River, NJ, USA.
Douglas Comer, "Internetworking with TCP/IP: Principles, Protocols, and Architecture," Apr. 1988, ISBN: 0134701542, Prentice-Hall, Englewood Cliffs, NJ, USA.
W. Richard Stevens, "TCP/IP Illustrated, vol. 1: The Protocols," Dec. 1993, ISBN: 0201633469, Addison-Wesley, USA.

(Continued)

*Primary Examiner*—Hosuk Song
(74) *Attorney, Agent, or Firm*—Sitrick & Sitrick

(57) **ABSTRACT**

This invention discloses a method and system for detecting and reacting to unexpected communications patterns. The system consists of a plurality of end stations and a plurality of network interfaces, such that, the network interface is capable of determining the authenticity of the program used by the end station to generate and send data packets. The system further consists of a plurality of secure management servers, which continuously exchange management messages with the network interfaces. Consequently, the secure management servers have the information for detecting unexpected communications patterns. The method allows the control of end stations, and when an unexpected communication pattern is detected, selectively only packets from authenticated programs can be allowed to be transmitted.

**85 Claims, 28 Drawing Sheets**



US 7,305,704 B2
Page 2

OTHER PUBLICATIONS

Elizabeth D. Zwicky et al., "Building Internet Firewalls," Second Edition, Jan. 15, 2000, ISBN: 01565928717, O'Reilly & Associates, USA.

Bruce Schneier, "Applied Cryptography: Protocols, Algorithms, and Source Code in C," Second Edition, Oct. 18, 1995, ISBN: 0471117099, John Wiley & Sons, New York, NY, USA.

Alfred J. Menezes et al., "Handbook of Applied Crytrography," Oct. 1996, ISBN: 0849385237, CRC Press, USA.

Christian Collberg et al., "Manufacturing Cheap, Resilient and Stealthy Opaque Constructs," *Principles of Programming Languages* (POPL), 1998, pp. 184-196, Association for Computing Machinery (ACM), USA.

Christian Collberg et al., "Watermarking, Tamper-Proofing, and Obfuscation—Tools for Software Protection," *University of Arizona Computer Science Technical Report*, Feb. 10, 2000, volume-issue: 03, University of Arizona, Tucson, AZ, USA.

Christian Collberg et al., "A Taxonomy of Obfuscating Transformations," *Technical Report*, 1997, volume-issue: 148, University of Auckland Department of Computer Science, Auckland, New Zealand.

Enriquillo Valdez et al., "Software DisEngineering: Program Hiding Architecture and Experiments," *Information Hiding 1999*, 1999, pp. 379-394, Springer Verlag Lectures in Computer Science, Heidelberg, Germany.

Enriquillo Valdez et al., "DISSECT: DIStribution for SECurity Tool," *ISC* 2001, 2001, pp. 125-143, Springer Verlag Lectures in Computer Science LNCS2200, Heidelberg, Germany.

* cited by examiner



FIG. 1



FIG. 2

Trusted program sends data packets with defined rules of transmission, with high priority - DiffServ or other asynchronous and time-driven priority protocols
– Consequently, only such data packets will get premium service and will not be subject to DoS

120TTC
UTC 002

222 - Trusted High Priority Data Packets with Premium Service (a first communications class of service )

150

Trusted Tag Checker (TTC)

- Carrier/ISP
- VPN
- CDN

(First) Access Point

111 - Data Packet with: (1-bit) STV 711 and
112 - DiffServ/Priority

110TFG          115

TFG TCP/UDP Software

115



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent          Dec. 4, 2007          Sheet 7 of 28          US 7,305,704 B2



FIG. 7A

— 700 - Data Packet Header —

701PL Payload | 702Gen Generic Data Packet Header Fields | 703Pri Priority Field | 704AdrPrt Address & Port Fields | 705ToA Time of Arrival (TOA)

Given by:
(1) a client, or
(2) a network interface

Attached when the packet is received

FIG. 7B

End Station (from TFG):
Generic data packet header fields

711 Security Tag Vector - STV | 712 Security Tag Serial Number - STSN | 713 Security Signals | 714 Priority: Class of service

FIG. 7C

Network Interface (from TTC and SMS):
Generic data packet header fields

721 Trusted Flow Parameters & Codes | 722 Security Signals | 723 Secure Time Stamps | 724 Secure Renewable Parameters



FIG. 8  Trusted Flow Generator (TFG) Software (functional description): as part of the hidden program portion (first computing element)



Trusted Tag Checker (TTC) Operation (functional description): (second computing element)

FIG. 9

FIG. 10

Trusted Flow Generator (TFG) - 110TFG (first computing element)



FIG. 11

Trusted Tag Checker (TTC) - 120TTC (second computing element)







FIG. 13

FIG. 14

1212 - Plain Program components

1. Well-behaved operational program (e.g., TCP) with defined rules of transmission

2. Cryptographic program (e.g., security tag vector (STV) generator)

3. Parameter table (e.g., pseudo random seed)

4. Control program (e.g., for automatic refresh parameters)



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22

Sequential Checking of TTC:

Customer Premise

Servers — 130Serv

120TTC  TTC

150

160SMS: SMS: Security Management Server

161

161

TTC

150

120TTC  TTC

150

110TFG  TFG      TFG  110TFG

Network that enables 120TTC, 110TFG, and 160SMS Communications

FIG. 23

| From\To | (A&S) Initialization | | | (A&S) Run-time Reports | | (A&S) Run-time Actions | |
|---------|-----|-----|-----|------------|------------|------------|------------|
|         | TTC | SMS | TFG | TTC        | SMS        | TTC        | SMS        |
| TTC     |     |     | HP  | A(L),PU(N) | A(L),PU(N) | D/E,LPU(N) | D/E,LPU(N) |
| SMS     | CP  |     | HP  | A(L),PU(N) | A(L),PU(N) | D/E,LPU(N) | D/E,LPU(N) |
| TFG     | R   | R   |     | A(L)       | A(L)       |            |            |

All Messages are:
(1) Authenticated and Signed - **A&S**
(2) Sent and stored with **TS** (time stamp)
    (e.g., derived from UTC)

Message Fields - (A&S) Initialization
- HP: Hidden Program
- CP: Checker Program
- R: Registration

Message Fields - (A&S) Run-time Reports
- PU(N): Number of Premium Users
- A(L): Attack Location

Message Fields - (A&S) Run-time Actions
- D/E: Disable/enable non-premium users
- LPU(N): Limit the Number of Premium users



FIG. 24



FIG. 25



FIG. 26



FIG. 27

FIG. 28



Relying on Trusted Network Interface
To Create Trusted Data IP Packet Flows
Through a IP Virtual Private Network (VPN) Connections - 2810

US 7,305,704 B2

**1**

# MANAGEMENT OF TRUSTED FLOW SYSTEM

### RELATED APPLICATIONS:

This application claims priority from the Provisional Patent Application with Ser. No. 60/365,148; entitled, "BEST EFFORT LINEARIZATION OF TCP PACKET FLOWS," filed Mar. 16, 2002.

### FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable.

### BACKGROUND OF THE INVENTION:

The Internet success is the result of the IP architecture's robustness, flexibility, and ability to scale, and NOT the result of its efficiency, optimization, security, fine-grained control or performance guarantees. Furthermore, TCP/IP data networks are still suffering from some basic (quite inherent) problems, e.g., denial of service attacks and unstable throughput.

### FIELD AND CONTEXT OF THE INVENTION

The field of the invention is assuring trusted operation which is guaranteed and validated by the underlying methods and systems. In particular assuring trusted flow of communications, and more specifically, making sure that the end stations and users of a computer network operate correctly under a given and known rules of transmissions, even though protocols, methods and software logic is typically available to users of such networks. Trusted operation means an operation which performance complies with its allowed and defined specifications.

This will assure network elements that stations perform their task as known and as determined by a service agreement. It will assure servers in networks that users are behaving properly and are not over using resources beyond the allocated and allowed parameters. The mechanisms involve signaling and allow piggybacking of proper signals for various purposes, e.g., authentication of stations and users. The mechanisms involve communication network software, communication network operation, control and management. They further involve cryptographic systems and functions and software transformation, e.g., obfuscation operation. They involve computing hardware and software systems.

In general, the underlying mechanisms assure that a "combined functionality" is taken place at a computing system; part of this "combined functionality" is a crucial function of the underlying computing system, whereas some other part of this "combined functionality" is another method to generate an unpredictable signal. The mechanisms make sure to interlock the parts into the combined functionality. The locking means that all parts must be performed. The operation part, which is factored into the "combined functionality" is trusted (and is typically associated with limitations, e.g., rate of operation or number of times before renewal of precondition for next sub-operation). The checking is done merely by being able to check the signal. If the signal passes the check, it means that the other (operation) part was performed as well (thus, it was performed subject to the associated limitation, namely as a trusted one).

**2**

The operation involves a trusted flow of packets (or other units of communication fields), the flow is associated with rules of transmission. For example, a TCP connection is associated with a window size that allows maximum number of transmissions. A trusted flow implies that the end station conforms to the allocated window size. However, there is no way to impose on users and end stations to comply with the assumed parameters, and be "trusted" since typically parameters can be easily changed.

One of the novel ideas behind our mechanisms is the "interlocking" of parts and insisting that one part will "signal" and its checking will assure compliance, by adding a checking function to validate signals. Thus if a TCP program with the currently correct performance parameters (i.e., rules of transmission) is interlocked with a cryptographic pseudo-random generator (with a random seed), which output cannot be predicted, and if further the checker has a copy of the pseudo-random generator, then if further the output of the pseudo random generator is put on data packet headers, then if the headers are checked and their content matches the expected value from the generator, the checker concludes that the packet flow is "trusted."

The basic mechanism involves a system where the "combined functionality" is performed and one where it is checked. It also involves a communication system. It involves a software transformation module to assure the interlocking of the separate functions into a combined functionality, finally a management system assuming plurality of elements implementing the combined functionality is in the network.

### BACKGROUND OF THE: PRIOR ART

In traditional telephone networks the user of the telephone device cannot over burden the network with signals beyond the allocated circuit it gets. On the other hand, in software operations and thus in computer communication networks, a user gets access to the software in its station, the same software which is in charge of regulating the user himself. As a result, users can "control" the network rather than the network controlling the users.

Indeed, it is assumed that there is availability of logic (i.e., software) of methods for controlling communication and for preparation of data packets for transmissions. The description is given in numerous books: "Computer Networks" (3rd Edition) by A. Tannebaum, Prentice Hall, 1996; "Internetworking with TCP/IP" by D. E. Comer, Prentice-Hall, Third Edition, 1995, ISBN 0-13-216987-8; and "TCP/IP Illustrated, Vol. 1: The Protocols" by W. R. Stevens, Addison-Wesley, Reading, Mass. 1994.

Known in the art, are certain methods to try to detect users' misbehavior and to react to them. Firewalls, intrusion detection methods, data packet filtering, connection dropping are methods to react to user over flooding the network, they are "reactive". See the following references: "Building Internet Firewalls" (2nd Edition) by Elizabeth D. Zwicky, Simon Cooper, D. Brent Chapman, Deborah Russell; Publisher: O'Reilly & Associates; ISBN: 1565928717; 2nd edition (Jan. 15, 2000). "Internet Security: Professional Reference" by Derek Atkins (Editor), Paul Buis, Chris Hare, Robert Kelley, Carey Nachenberg; New Riders Publishing; ASIN: 1562055577; Bk&Cd-Rom edition (February 1996).

Mechanisms for the avoidance of misbehavior by having a user and an end station use a trusted software and signal that they use it to a checker are not known in the art. We are not aware of a method that further assures that the user cannot replace the trusted software and continue to signal

US 7,305,704 B2

**3**

correctly. We are not aware of means to identify "trusted flows" as a unique and separate stream of communication, which may deserve a better class of service, though class of service are known in the art and are used differently. Such a method allows one to assure that trusted flows continue to be transmitted while using traditional reactive methods against the non trusted flow.

Our methods use cryptographic functions, e.g., pseudo random generation, random bits generation, authentication, signature, and encryption. Such methods of varied level of security and efficiency are known in the art, in software packages and in hardware devices. We can employ them as needed in accordance with the present invention. We do not assume any invention of any of the underlying cryptographic technique employed at different steps and different mechanisms herein. A security professional familiar with the art, will be able to use the cryptographic functions and tools and embed them in accordance with the present invention. Such mechanism are described in "Applied Cryptography: Protocols, Algorithms, and Source Code in C," 2nd Edition by Bruce Schneier; Publisher: John Wiley & Sons; ISBN: 0471117099; 2 edition (Oct. 18, 1995) and in "Handbook of Applied Cryptography" (CRC Press Series on Discrete Mathematics and Its Applications) by Alfred J. Menezes, Paul C. Van Oorschot, Scott A. Vanstone (Editor); Publisher: CRC Press; ISBN: 0849385237; (October 1996).

Same is true for underlying devices, we can employ such devices as smart cards and other portable devices (USB connection based, wireless devices with radio frequency, laser connection, etc.)—a security engineer familiar with the art and the common practice will be able to employ these elements and embed them in accordance with the present invention.

The method uses hidden programs. One method to hide programs is software obfuscation transformations. Methods and techniques for obfuscation are also known in the art. They modify the "look" of the software logic, but maintain its "semantics" (or meaning). They are analogous to compiling a program in high level language code to a program in "object code" or "machine code" which performs the same task but is not readable to most of users. They make the software "unreadable" and "non-modifiable". We do not invent any underlying basic code obfuscation methods. In fact, there are various methods in the art applied to the currently most useful programming languages. The methods take a software program (say in Java language) and return another program (in Java as well) which performs the same task and approximately with the same performance. Yet, the second program is hard to read and understand. The art of program obfuscation, including all transformations on data, variables, names, control structure, etc., are given in a number of papers considered the state of the art by C. Collberg C. Thomborson and D. Low: "Manufacturing Cheap, Resilient and Stealthy Opaque Constructs," ACM's POPL 1998, pages 184-196; and "Watermarking, Tamper-Proofing, and Obfuscation-Tools for Software Protection," by Collberg, Thomberson and Low, technical report University of Arizona to be published in IEEE Transactions on Software Engineering 2002; and "A Taxonomy of Obfuscation Transformation," by C. Collberg, technical report number 148, University of Arizona.

Additionally, Valdez and Yung describe how to add encryption operation and program distribution to obfuscation in: "Software DisEngineering: Program Hiding Architecture and Experiments," by E. Valdez and M. Yung, Information Hiding 1999, pages 379-394, Springer Verlag Lectures in Computer Science; and "SISSECT: DIStribution

**4**

for SECurity Tool," by E. Valdez and M. Yung, ISC 2001, pages 125-143, 2001 Springer Verlag Lectures in Computer Science LNCS2200, respectively. Note that the embedding of programs inside tamper proof devices and hiding encrypted programs are also known in the art (e.g., as part of cryptographic co-processors). In accordance with the present invention, a combination of the above techniques can be utilized.

Note that hidden programs have been traditionally employed to hide the logic of the software. They have been used in hiding cryptographic programs (e.g., in a tamper proof device) so that the operation is not observable or modifiable. They have been further used to enforce certain operation associated with content distribution and electronic commerce, assuring that such notions like digital payment and protecting of content are run in an environment that is not modifiable by the user. Again, the notion of use is against modification of the working environment.

Unlike the use of hiding and obfuscation of programs for the sake of software protection, the present invention does not hide the "semantics of the program" from the user. In fact, the specification and performance parameters can be publicly known—the goal is, in turn, an integrity function, where the goal is for users not to be able to change the operation software (that performs data packet transmission) while retaining correct signaling.

In accordance with the present invention, what is needed is a mechanism that combines many programs together so that they are inseparable. In this sense, hidden programs are merely a means to get a method of "interlocking mechanism" where known (rather than unknown) programs and perhaps hidden parameters (hidden) are combined into a unique functionality and are inseparable. The interlocking involves putting together a set of "well behaved" programs with correct and agreed upon parameters with a continuous mechanism for signaling, and associating the signaling checker with a method that assures good behavior of the continuous flow. What is new is that we involve system programs, which are commonly known, programs that perform packet generation and performance parameters and even known cryptographic programs with hidden parameters.

In accordance with the present invention, a method is utilized by which it is impossible via hidden programs to execute parts of the combined functionality separately with a malicious non-trusted part replacing another part of the combined functionality, rather than a method of hiding the logic and its semantics.

In accordance with the present invention, a mechanism is provided for checking component for the signals, as well as a combined communication system mechanism for handling the trusted flow coming from station that use the combined functionality. This will give network elements that can assure trusted traffic is generated in a trusted fashion and further is validated.

In accordance with the present invention, methods and systems are also provided which employ the elements above in a combined network and that will manage, renew and tune the elements, and methods for dynamically changing hidden program and parameters -and for renewing preconditions can be utilized as well. Finally, what is needed is a method for generating and distributing the combined functionality logic modules, a mechanism for safe integration of separate known logic modules to the combined functionality logic.

US 7,305,704 B2

**5**

SUMMARY OF THE INVENTION

The present invention relates to assuring that an ongoing operation within computing systems is performed according to a specification and in particular it relates to a method and system for ensuring that sources that are sending data packets will do it according to a well-defined, specified, and expected behavior. Specifically, in one embodiment of the disclosed method and system ensures that the various programs that are used in sending data packets from various sources into and across the various networks, are operating according to predefined rules in accordance with what, data packets and traffic patterns, the various networks expect to receive, forward and support.

Another embodiment of the present invention, when put in the context of the Internet protocols, facilitates the realization of a new type of IP (Internet protocol) VPN (virtual private network). Such VPN generates and sends data packets with security tag vectors over IP (Internet protocol) VPN (virtual private network) connection through a network interface. Such a network interface can be realized as part of: a firewall, a classifier for a class of service (CoS) access control to IP network, and policer as part of a differentiated services (DiffServ) access control to IP network, while mapping data packets with verified security tag vectors to premium services. Note that premium services are defined, for example, by CoS and DiffServ. Consequently, the data packets that are generated and sent from a potentially non-trusted computing environment at the end station are, in fact, to be trusted once the respective security tag vectors have been verified.

In accordance with one aspect of the present invention, VPN connections (trusted connections) are created by employing a trusted flow generator (TFG) and a trusted tag checker, as specified herein.

One embodiment of the present invention, herein in the Internet context, allows the network to verify and authenticate the proper operation of the TCP layer implementation on the users' terminals; wherein a plurality of applications transmit and receive data units to and from other pluralities of applications through an interface layer named socket layer. The socket layer translates requests to send data units by each of the plurality of applications into requests TCP_Send to a Trusted TCP Code for sending sequences of bytes to a remote end station. This further facilitates the authentication and metering of window flow control and other programs used to send data packets over the Internet. Such operations can be implemented in a firewall. The firewall will make sure that a specified version of a program is running when implementing a protocol. This is a very strong integrity function, which assures the proper usage of (proper versions of) programs.

In remote monitoring of programs, typically a measure is inserted inside an obfuscated version of the program (the program sends signal which indicate its usage, namely number of times it runs, and other issues of compliance with metering of usage). However, what we teach here is a mechanism by which a program signals to the firewall in a way that the local user cannot modify it (due to obfuscation, encryption and other hiding methods which create interlocking of the program sub-tasks in a manner which is hard to reverse engineer).

The "subliminal" or "invisible" messages sent from the correct program are not necessarily visible to or easily interpreted the user, but are well suited for interpretation at the firewall. If the interpretation of signals is valid, it means that indeed the user employs the right software (program)

**6**

when running the packet generation (TCP) protocol. This integrity of software via the produced signals and their interpretation at the firewall assure the integrity of the software running the protocol remotely. Then according to the result of the validity check, the firewall can decide to serve or to drop service or to classify class of service to the messages coming from this version of the protocol at the end-point.

The firewall is in the middle of the transmission and can act based on the signaling from the originating software. This constitutes a secondary channel for control of software usage within an installation. This is a novel usage of metering and signaling methods. It is based on a hidden program part of an obfuscated program which is hard to reverse engineer; this part may involve hidden parameters (a seed for a cryptographic pseudo random generator) which generates part of the signal. This mechanism for monitoring remotely actual usage of software which produces unpredictable signals, can be applied to communication protocols, operating systems procedures, and many other software system where a remote function (the firewall) checks the integrity of software usage remotely, and where the firewall can further act based on its finding and react or control the system based on the validity of the checking of the signal.

Furthermore, in more generality, an objective of the present invention is to ensure that programs and other units running software logic that generate and send data packets, are well behaved.

The present invention further provides a method and system that consist of an end station and a network interface, such that, the network interface is capable of determining the authenticity of the program used by the end station to generate and send data packets. The method is based on using a hidden program that was obfuscated within the program that is used to generate and send data packets from the end station.

In another embodiment of the present invention, the hidden program is updated dynamically and it may include the functionality for generating a pseudo random sequence of security signals. Only the network interface knows how the pseudo random sequence of security signals were generated, and therefore, the network interface is able to check the validity of the pseudo random sequence of security signals, and thereby, verify the authenticity of the programs used to generate and send data packets.

This method is based on using a hidden program that was obfuscated and encrypted within the program that is used to generate and send data packets from the end station. The hidden program is updated dynamically and it includes the functionality for generating a pseudo random sequence of security signals. The method further comprises of means for coordinating the initialization of the end station and network interface.

Another embodiment of the present invention, involves secure integration of separate software modules into a combined functionality. This embodiment provides a method and system for processing logic modules, each having a separate functionality, into a unique functionality that is to be executed in an interlocked mode as a unique functionality. The method is based on taking logic modules (programs and data) with known functionality and transforming them into a hidden program by integrating modules to execute together into a logic which is partially obfuscated and/or encrypted and/or physically hidden. The hidden program is updated dynamically to strengthen it against reverse engineering efforts. The program includes the functionality for generating security signals, which are unpredictable by

US 7,305,704 B2

7

observers, e.g., a pseudo random sequence of security signals. Only elements that share the means for producing the security signals can check their validity. The modules include operational tasks and performance parameters for this operation. The operation can be transmission of data packets with given parameters of performance that the hidden program contains. The generated security signals thus assure that the correct operation was taken place and can be used to signal various cryptographic parameters as well.

Yet another embodiment of the present invention, further provides a method and system for detecting and reacting to unexpected communications patterns. The system consists of a plurality of end stations and a plurality of network interfaces, such that, the network interface is capable of determining the authenticity of the program used by the end station to generate and send data packets. The system further consists of a plurality of secure management servers, which continuously exchange management messages with the network interfaces. Consequently, the secure management servers have the information for detecting unexpected communications patterns. The method allows the control of end stations, and when an unexpected communication pattern is detected then selectively, only packets from authenticated programs are allowed to be transmitted.

BRIEF DESCRIPTION OF THE DRAWINGS:

FIG. 1 is a functional illustration of a system that consists of an end station with a trusted flow generator (TFG) that sends data packets with security tags through a network interface (NI) with a trusted tag checker (TTC), such that, the TTC is capable of determining the authenticity of the program used by the end station to generate and send the data packets;

FIG. 2 is a functional illustration of a system that consists of an end station with a trusted flow generator (TFG) that is part of the TCP/IP and UDP programs used for sending data packets with security tags through a network interface (NI) with a trusted tag checker (TTC), such that, the TTC is capable of determining the authenticity of the TCP/IP and UDP programs used by the end station to generate and send the data packets;

FIG. 3 is a functional illustration of a system that consists of an end station with a trusted flow generator (TFG) that is part of rate control software with predefined parameters used for sending data packets with security tags through a network interface (NI) with a trusted tag checker (TTC), such that, the TTC is capable of determining the authenticity of the rate control software used by the end station to generate and send the data packets;

FIG. 4 is a schematic illustration of a security system that authenticates the window flow control protocol, the system includes a controller for selectively coupling the data packets to the data network through an access point;

FIG. 5 is a schematic illustration of a bi-directional security system that authenticates the window flow control protocol, wherein data packets are flowing in one direction and acknowledgement signals are flowing in the other direction, the system includes a controller for selectively coupling the data packets to the data network through an access point;

FIG. 6 is a timing diagram of a common time reference (CTR) that is aligned to the coordinated universal time (UTC) standard, as utilized by the present invention, wherein the UTC is divided into a plurality of contiguous periodic super-cycles each comprised of at least one con-

8

tiguous time cycle each comprised of at least one contiguous time frame, wherein the super-cycle is equal to and aligned with the UTC second;

FIG. 7A is a description of a data packet structure that consists of a header and a payload portions, such that, the header portion consists of priority field, address and port fields, and various generic data packet header fields;

FIG. 7B is a description of the generic data packet header fields used by the end station with its trusted flow generator (TFG);

FIG. 7C is a description of the generic data packet header fields used by the network interface with trusted tag checker (TTC) and security management system (SMS);

FIG. 8 is a schematic description of the trusted flow generator (TFG) operation that is used to generate and send data packets with security tags;

FIG. 9 is a schematic description of the trusted tag checker (TTC) operation that is used to check the authenticity of the program used to generate and send data packets with security tags;

FIG. 10 is a functional structure of the trusted flow generator (TFG) that is used to generate and send data packets with security tags;

FIG. 11 is a functional structure of the trusted tag checker (TTC) that is used to check the authenticity of the program used to generate and send data packets with security tags;

FIG. 12A is a functional description of a program obfuscator that consists of interlocking logic and receives as inputs interlocking parameters and a plain program with multiple logic modules and creates as an output an obfuscated program as a single logic program;

FIG. 12B is a functional description of a program encrypter that consists of interlocking logic and receives as inputs interlocking parameters and a plain program with multiple logic modules and creates as an output an encrypted program as a single logic program;

FIG. 12C is a functional description of a hidden program generator that consists of interlocking logic and receives as inputs interlocking parameters and a plain program with multiple logic modules and creates as an output a hidden program as a single logic program;

FIG. 12D is a functional description of an object code program generator, e.g., software or embedded in tamper proof hardware or smart card device, and creates as an output an object program as a single logic program;

FIG. 13 is a schematic description of execution of a hidden program by TFG with codes and parameters that were received from the TTC;

FIG. 14 is a description of a plain program components with well-behaved operational program with defined rules of transmission, security tag vector (STV) generator, parameter table, and control program;

FIG. 15 is a functional description of a system implemented with tamper proof hardware;

FIG. 16 is a functional block diagram of the high protocol layers of a protocol stack that includes a trusted Transmission Control Protocol (TCP) layer, wherein the trusted TCP layer is augmented with obfuscated code for generation and checking of secure tags;

FIG. 17 is a flow diagram of the TCP operations performed by a TCP sender instance when the higher layer requires transmission of data;

FIG. 18 is a flow diagram of the TCP operations performed by a TCP sender instance when unsent data is present within the TCP sender window, wherein the operations

9

include computing a secure tag vector (STV) and a security tag serial number (STSN) both to be sent with a TCP segment;

FIG. **19** is a flow diagram of the TCP operations performed by a TCP sender instance when a retransmission time-out expires and previously transmitted data are retransmitted together with attached STV and STSN;

FIG. **20** is a flow diagram of the TCP operations performed by a TCP receiver instance when a new TCP segment is received, including checking a security tag and processing acknowledgment information;

FIG. **21** is a description of a system consists of a plurality of TFGs, a plurality of TTCs, and plurality of secure management servers (SMSs), such that, the TTCs together with the SMSs are capable of detecting unexpected communications patterns;

FIG. **22** is a description of a system consists of a plurality of TFGs and a sequence of TTCs, such that, the TTCs are capable of authenticating the path traversed by data packets that were sent from the TFGs;

FIG. **23** is a description of the various messages exchanged among the TTCs and SMSs for detecting unexpected communications patterns and the various possible responses messages when detecting such pattern;

FIG. **24** is a flow chart describing the TFG operation before and after detecting unexpected communications patterns;

FIG. **25** is a flow chart describing the TTC operation in order to detect and after detecting unexpected communications patterns;

FIG. **26** is a flow chart describing the SMS operation in order to detect and after detecting unexpected communications patterns;

FIG. **27** is a functional description of system that consists of a TFG challenge controller that sends an authenticate challenge request message to users and programs and receives back an authenticate challenge response message, wherein only when the response matches the challenge the system will generate and send data packets with security tag vectors.

FIG. **28** is a functional description of a system that generates and sends data packets with security tag vectors over IP (Internet protocol) VPN (virtual private network) connection through a network interface, e.g., firewall, classifier, and policer, while mapping data packets with verified security tag vectors to premium service.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

While the present invention is susceptible of embodiment in many different forms, there is shown in the drawing, and will be described herein in detail, specific embodiments thereof with the understanding that the present disclosure is to be considered as an exemplification of the principles of the present invention and is not intended to limit the present invention to the specific embodiments illustrated.

The present invention relates to a method and system for ensuring that sources that are sending data packets will do so according to a well defined and expected behavior. Specifically, the methods and systems of the present invention ensure that the various programs which are used to send data packets from various sources into and across the various networks, are operating according predefined rules in accordance with data packets and traffic patterns, that the various networks expect to receive, forward and support.

10

In accordance with the present invention, a general protocol is defined between the sources and a network interface, as shown in FIG. **1**, wherein the source contains a program for generating and sending data packets called Trusted Flow Generator or TFG **110**TFG and the network interface contains a program called Security Tag Checker or TTC **120**TTC for receiving and checking data packets. The data packet that is sent by TFG **110**TFG contains Security Tag **111**, which is part of the data packet header or part of the data packet payload. In general, TFG **110**TFG does not have to attach the Security Tag **111** to every data packets, but only to predefine selected ones. The data packets that are sent between the source and the network are sent across an access network **140**, e.g., a metro network, an enterprise network, a wireless network, and a cellular network.

In some embodiments of the present invention, the network interface has the capability of sending to the TFG **110**TFG certain operation and performance information, e.g., Trusted Flow Parameters and Codes **121** and Secure Time-stamps **122**, as shown in FIG. **1**. In some embodiments of the present invention, the source of the Secure Time-stamps sent to **110**TFG is UTC (Coordinated Universal Time a.k.a. GMT) **002**. Furthermore, the TFG **110**TFG for the generation of the Security Tag **111** can be responsive to at least one of the Trusted Flow Parameters and Codes **121** and Secure Timestamps **122**. Consequently, the control of the TFG **110**TFG operation is with the network interface.

The network interface with its TTC **120**TTC can be located in various places in the system, e.g., at the boundary of the carrier/ISP network **150**, between different carrier/ISP networks, across the carrier/ISP networks **150** next to servers **130**Serv and across the carrier/ISP networks **150** next to: enterprise networks, virtual private networks (VPNs), storage area networks (SANs), content delivery networks (CDNs).

The data packets are sent with Security Tags **111**—wherein each has a size of at least one bit of information. The sequence of values of the Security Tags **111** that are generated by the TFG **110**TFG is hidden in the TFG **110**TFG program in a manner in which the user of the program does not know in advance what it is. Only the TTC **120**TTC knows how to generate the sequence of values of the Security Tags **111** in order to check and verify that the received sequence of data packets are to be trusted.

Other embodiments of the present invention further comprises a Security Management Server or SMS **160**SMS, which is used for managing the operations of TFG **120**TFG and TTC **120**TTC. The SMS is connected to TFG and TTC via bi-directional communications link **161**, as shown in FIG. **1**.

FIG. **2** shows a specific setting of the TFG **120**TFG inside an end-user computer **115**. This computer **115** can located in a plurality of places, e.g., a desktop, a workstation, and/or a mobile device—cell phone. FIG. **1** and FIG. **2** further specify another functionality for the TTC **120**TTC program, that data packets that were successfully checked by TTC will be sent as into the network or to the server with high priority data packets with premium service **222**. Such data packets will not be adversely affected by a lower priority traffic. This will enable networks and servers to differentiate, for example, between data packets that were sent from trusted TCP/UDP program, from TFG **110**TFG, and data packets that were sent from an untrusted TCP/IP program. Trusted data packets, will receive high priority by using various priority protocols, e.g., DiffServ, and time-driven priority.

US 7,305,704 B2

**11**

Consequently, data packet flows associated with trust data packets will not be subject to denial-of-service (DoS) attacks.

FIG. **2** further illustrates static operation of TFG **120**TFG, namely without receiving any Trusted Flow Parameters/ Codes **121** and Secure Time-stamps **122** from the network interface. This mode of operation is suitable, for example, when TFG **120**TFG is running TCP/IP where its execution parameters are predetermined. However, under different execution scenarios TCP/IP will require to receive at least one of the Trusted Flow Parameters/Codes **121** and Secure Timestamps **122**.

FIG. **3** illustrates a specific setting where the TFG **120**TFG program is dynamic and is responsive to some connection oriented settings. This mode of operation corresponds, in some embodiments, to using MPLS (Multi protocol Label Switching) and GMPLS (Generalized Multi protocol Label Switching). In this embodiment, the end-user sends a Service Request **312** to the network interface which then sends back Trusted Flow Parameters/Codes **322** to the TFG **120**TFG program specifying the kind of service the user has received, for example, with rate control parameters—maximum transmission rate and average transmission rate. The Trusted Flow Parameters/Codes **322** can be provided to the network interface as Clear Parameters **25** Agreed by Carrier/ISP **321**.

Each controller, generator, checker and other devices that are used to send and receive data packets and messages, in the context of the preferred embodiment herein, can be realized in various way, e.g. (but not limited to): (1) software code, (2) dedicated hardware, (3) Java applet, and (4) utilizing a combined: (i) central processing unit (CPU) (ii) memory for storing data packets and messages, and (iii) memory for storing various processing and control programs.

Hidden Program:

In another embodiment of the present invention, as shown in FIG. **4**, the client software at the end station **410** consist of a first software application **412** with two parts:

(1) User operative portion **413**, and

(2) Hidden program portion **414**.

In this embodiment, the hidden program portion **414** sends (first) security signal **411** to the controller for selectively coupling the data packets **424** to the network interface **420**, wherein the network interface function as an access point to the WAN/Backbone Network **150**. The coupling operation is performed responsive to the security signal **411**, wherein the security signal **411** is part of the data packet. The data packets are sent by the user operative portion **413** in the first software application **412**. The data packets that are sent from/to end station **410** to/from the network interface **420** are transferred through an access network **140**, as shown in FIG. **4**.

In FIG. **4** the controller for selectively coupling the data packets **424** verifies that only data packets with the right security signals **411** are forwarded to the WAN/Backbone Network **150**.

In another embodiment of the present invention, the controller for selectively coupling the data packets **424** sends secure time-stamps **421** to hidden program portion **414**, wherein the secure time-stamps **421** are uniquely used by the hidden program portion **414** in order to uniquely generate the security signals **411**, as shown in FIG. **4**. Only data packets with the right security signals **411** that were generated responsive to the secure time-stamps **421** are forwarded by the controller for selectively coupling the data packets **424** to the WAN/Backbone network **150**. The secure

**12**

time-stamps **421** are derived, in some embodiments, from UTC (coordinated universal time) **002** and in some other cases the secure time-stamps **421** are locally generated.

The controller for selectively coupling the data packets **424** has the optional capability, in some embodiments, to send a (second) Secure Time-stamp **423** to a (second) controller for selectively coupling the data packets **424** across the WAN/Backbone Network **150** in order to coordinate the operation of the two controllers for selectively coupling the data packets **424**. Consequently, for example, data packets generated by the first software application **412** can be checked by the (second) controller for selectively coupling the data packets **424**.

In another embodiment, shown in FIG. **4**, the controller for selectively coupling the data packets **424** can receive a (second) security signal: from a hidden program portion **422** of a second software application **412** in order to enable the controller to selectively couple data packets **424** and to forward data packets generated by the first software application **412**.

FIG. **5** illustrates a general operation of the controller for selectively coupling the data packets **424** that can send and receive (S/R) security signals and S/R secure time-stamps; specifically, to S/R: First Security Signal **511**, S/R Second Security Signal **513** and Third Security Signal **515**, and to S/R: First Secure Time-stamp **512**, Second Secure Time-stamp **514** and Third Secure Time-stamp **516**. The data packets forwarding operations over multiple communications links: **521**, **522**, **523**, and **524**, are utilized by the controller for selectively coupling the data packets **424** is responsive to the security signals and secure time-stamps it receives.

In some embodiments, as illustrated in FIG. **5**, the method comprises Security Management Server (SMS) **160**SMS, which is used for managing the operations of the controller for selectively coupling the data packets **424**. The information exchanged via the, S/R (send and receive) Security Management Signals **562** are used by the controller for selectively coupling the data packets **424** sending operations of the security signals and secure time-stamps; and the data packets forwarding operations over multiple bi-directional communications links: **521**, **522**, **523**, and **524**.

The communications control system that is shown in FIG. **4** and FIG. **5** is comprised of plurality of access points **420** that function as network interfaces for coupling data packets to a WAN/Backbone Network **150**. The end station/client **410** includes a first software application comprising a user operative portion **413** and a hidden program portion **414**, for selectively sending data packets for transmission through the access point **420**. The access point **420** includes a controller for selectively coupling the data packets to the access point **424** responsive to the hidden program portions **414**. The secure coupling of the data packets to the access point **424** is performed by attaching a security signal **411** to each data packet by the hidden program portion **414** of the first software application at the end station.

The security signal **411** representative of the hidden program portion is coupled to the controller **424** for enabling the coupling of associated ones of the data packets after the controller **424** verifies the correctness and integrity of said security signal **411**. Consequently, the security signal **411** authenticates the first software application. The security signal **411** can have one of a plurality of functional representations, e.g., a digital signature derived from at least one of the associated ones of the data packets and representative of the hidden program portion **414**.

US 7,305,704 B2

13

14

The access point, shown in FIG. **4**, couples a secure time-stamp **421** to the hidden program portion **414**. The secure time-stamp **421** is used in the generation procedure, generating the security signal by the hidden program portion **414** of the first software application. The secure time-stamp **421** is generated at the network interface **420** responsive to the UTC (Universal Coordinated Time) signal. The UTC signal can be used for the generation of a digital signature in the hidden program portion **414** that is then used for the generation of the security signal **411**.

The network interface also includes a mapping table **425** that is used by the controller for selectively coupling **424** for associating the data packets with a priority class responsive to the security signal. Data packets, as shown in FIG. **7**, are comprised of a header portion **700** and a payload portion **701**PL. The security signal **411** and the secure time-stamp **421** are part of at least one of the header portion and the payload portion. The data packet header portion further comprises a priority class. The priority class is defined in accordance with at least one of the following: differentiated services, DiffServ, IEEE 802.1p, class of service (CoS), time-driven priority.

The data packet header **700** further comprises of a flow identification (ID) as part of the data packet header address and port fields **704**AdrPrt. The flow ID is associated with at least one entry in the mapping table **425**, wherein the content of the selected entry of the mapping table **425** determining a priority class. The controller for selectively coupling **424** is responsive to the priority class and the security signal **411** for determining how to forward the data packet, for example: the data packet can be forwarded with high priority, the data packet can be forwarded with premium service, the data packet can be forwarded with low priority, and the data packet can be discarded.

As illustrated in FIG. **5**, the network interface **420** that is the first access is used for coupling data packets between first backbone network **140** and second backbone network **150**. The network interface sends and receives data packet over the first backbone network **140** over two data channels **521** and **522**, and the network interface send and receive data packet over the second backbone network **150** over two data channels **523** and **524**.

There are first software application and a second software application, each comprising: a user operative portion **413** and a hidden program portion **414**, for selectively sending data packets for bi-directional transmission through the network interface **420** across first backbone network **140** and second backbone network **150**; and over multiple data channels: **521**, **522**, **523** and **524**. The data channels exchange data packets between the first software application and the second software application. The network interface **420** includes a controller for selectively coupling the data packets to the access point **420** responsive to the hidden program portions **414** of the first software application and the second software application that were transferred across the first backbone network **140** and second backbone network **150**.

Each of the data channels: **521**, **522**, **523** and **524**, as shown in FIG. **5**, is associated with sending and receiving (S/R) security signals: **511** S/R first security signal, **513** S/R second security signal, and **515** S/R third security signal; and for S/R secure time-stamps: **512** SIR first secure time-stamp, **514** S/R second secure time-stamp, and **516** S/R third secure time-stamp.

The S/R first security signal **511** representative of the hidden program portion of the first software application and the S/R second security signal **513** representative of the hidden program portion of the second software application are selectively coupled to the controller for selectively coupling **424** of associated ones of the data packets to be transferred across the first backbone network **140** and second backbone network **150**.

The S/R first security signal **511** authenticates the first software application, the S/R second security signal **513** authenticates the second software application, a third security signal **513** authenticates a third software application (not shown in FIG. **5**).

In another embodiment of the present invention, the S/R first security signal **511** and the S/R second security signal **513** are digital signatures derived from the data packet headers and are representative of the hidden program portion **414** first software application and the second software application, respectively.

The access point **420** couples a secure time-stamp, **512**, **514**, and **516**, to the hidden program portions of the first software application, the hidden program portion of the second software application, and the hidden program portion of a third software application. Then, the security signals, **511**, **513**, and **515**, respectively, are selectively generated responsive to the secure time-stamp, **512**, **514**, and **516**, and the hidden program portions. The secure time-stamps, **512**, **514**, and **516**, are generated responsive to the UTC (Universal Coordinated Time) signal.

UTC Time Structure:

In some embodiments, the secure time-stamps are derived from UTC (coordinated universal time) **002**, as shown in FIG. **6**. In one embodiment, each of the successive UTC seconds **600** is divided into consecutive time frames that are grouped into time cycles. As shown in the example illustrated in FIG. **6**, there are 100 time frames in each time cycle. For illustration purposes, the time frames within a time cycle are numbered 1 through 100. Consecutive time cycles are grouped together into super-cycles, and as shown in FIG. **6**, there are 80 time cycles in each super-cycle. For illustration purposes, time cycles within a super-cycle are numbered 0 through 79. Super-cycles **0** and m are shown in FIG. **6**.

FIG. **6** illustrates the relationships among time frames, time cycles, and super-cycles; in alternate embodiments, the number of time frames within a time cycle may be different than 100, and the number of time cycles within a super-cycle may be different than 80. In this illustrated example, the duration of every super-cycle is exactly one second as measured by the UTC standard. Moreover, as illustrated in FIG. **6**, the beginning of each super-cycle coincides with the beginning of a UTC second. Consequently, when leap seconds are inserted or deleted for UTC corrections (due to changes in the earth rotation period), the cycle and super-cycle periodic scheduling will not be affected. The time frames, time cycles, and super-cycles are associated in the same manner with all respective network interface **420** and all respective Security Tag Checkers **120**TTC.

In the embodiment illustrated in FIG. **6**, the super-cycle duration is equal to one second as measured using the UTC (Coordinated Universal Time) standard. In an alternate embodiment the super-cycle duration spans multiple UTC seconds. In another alternate embodiment the super-cycle duration is a fraction of a UTC second. In another embodiment, the super-cycle duration is a small integer number of UTC seconds. A time frame may be further divided into time slots in the preferred embodiment, not illustrated in FIG. **6**.

UTC can be obtained by the network interface **420** from various sources, such as, global positioning system (GPS),

US 7,305,704 B2

15

Global Navigation Satellite System (GLONASS), Galileo, and Two-Way Satellite Time and frequency Transfer (TWTFT).

The Generic Structure of Data Packets:

FIG. **7**A is a description of a data packet structure that consists of a header portion **700** and a payload portion **701**PL, such that, the header portion consists of priority field **703**Pri, address and port fields **704**AdrPrt, and various generic data packet header fields **702**Gen, which are described in more details below. The priority field **703**Pri is used, in some embodiments, for associating data packets with class of service, e.g., premium service. The address and port fields **704**AdrPrt are used both for routing and association with various applications, e.g., streaming media. In some embodiments, when a data packet is received for processing an additional time of arrival (ToA) **705**ToA is attached to it. ToA can be derived from the UTC second **600**—as shown in FIG. **6**. ToA **705**ToA can have a plurality of numerical formats. One example is the format of the Internet's Network Time, which is in seconds relative to 0 h UTC on 1 Jan. 1900. The full resolution NTP timestamp is a 64-bit unsigned fixed point number with the integer part in the first 32 bits and the fractional part in the last 32 bits. In some fields where a more compact representation is appropriate, only the middle 32 bits are used; that is, the low 16 bits of the integer part and the high 16 bits of the fractional part. The high 16 bits of the integer part must be determined independently.

There are two variants of the generic data packet header fields **702**Gen one is associated with end station **115** and the trusted flow generator (TFG), as shown in FIG. **7**B, and network interface (NI) and the trusted tag checker (TTC), as shown in FIG. **7**C. The two variants of the generic data packet header fields **702**Gen are used in the various protocols and algorithms utilized in various method and system embodiments of the present invention.

FIG. **7**B illustrates the generic data packet header fields **702**Gen used by the end station **115** with its trusted flow generator (TFG). These fields contain information to be used, for example, by the trusted tag checker (TTC) at the network interface (see FIG. **1**). The generic fields that are related to TFG are:

(1) Security Tag Vector—STV **711**, which is used to signal to the TTC that a certain program was used to generate and send data packets;

(2) Security Tag Serial Number—STSN **712**, which is used for initializing the operation of TFG and TTC;

(3) Security Signals **713**, which used to send various security information from TFG to TTC; and

(4) Priority: Class of service **714**, which is used as priority field mapping data packets to their respective class of service.

FIG. **7**C illustrates the generic data packet header fields **702**Gen used by the network interface with trusted tag checker (TTC) and security management system (SMS). These fields contain information to be used, for example, the trusted flow generator (TFG) at the end station **115** (see FIG. **1**). The generic fields that are related to TFG are:

(1) Trusted Flow Parameters & Codes **721**,

(2) Security Signals **722**, used to send various security information from TTC to TFG;

(3) Secure Time Stamps **723**, used to provide the time derived from UTC **002**—see FIG. **6**; and

(4) Secure Renewable Parameters **724**, used for securely sending renewable parameters from TTC to TFG,

16

which are used for example, for determining how often certain programs for generating and sending data packets can be used.

The Operation, Structure of TFG and TTC, and Communications System:

FIG. **8** illustrates the trusted flow generator (TFG) **110**TFG operation that is used to generate and send data packets with security tags. The TFG operation is based upon taking logic modules (programs and data) with known functionality and transforming them into a hidden program by integrating modules to execute together into a logic which is partially obfuscated and/or encrypted and/or physically hidden—as shown in FIG. **12**A, FIG. **12**B, FIG. **12**C, FIG. **12**D, and FIG. **14**.

The hidden program that is part of TFG **110**TFG is updated dynamically, as shown in FIG. **13**, to strengthen it against reverse engineering efforts. The program includes the functionality for generating security signals, e.g., Security Tag Vector—STV **711**, Security Tag Serial Number—STSN **712**, and Security Signals **713**, which are unpredictable by observers, e.g., a pseudo random sequence of security signals. Only elements that share the means for producing the security signals can check their validity. The modules include operational tasks and performance parameters for this operation. The operation can be transmission of data packets with given parameters of performance that the hidden program contains. The generated security signals thus assure that the correct operation was taken place and can be used to signal various cryptographic parameters as well, e.g., Security Signals **713**.

In FIG. **8**, data packets are received for processing by operation module **811** and transferred to the initialization module **812**, which is used for coordinating the operation of TFG and TTC by appropriately setting the Security Tag Serial Number—STSN **712**, which is used for initializing the operation of TFG and TTC. The operation module **813** is responsible for Computing the Renewable Precondition for Transmission, as shown in FIG. **13**, then this operation module is computing two fields in for the generic part of the data packet header **700**Gen: (1) Security Tag Vector (STV) **711** and (2) Security Tag Serial Number (STSN) **712**. Following this step there are two options **814**: (1) computing additional security signals, e.g., authenticating and signing the data packet **815** before its transmission **816**, and (2) to proceed to data packet sending **815** without additional security operations.

FIG. **9** illustrates the trusted tag checker (TTC) **120**TTC operation that is used to check the authenticity of the program used to generate and send data packets with security tags. The data packet is received by operation module **911** and then transferred to operation module **912** that performs the service mapping function. The service mapping can be done in various methods, e.g., by decoding the priority field **703**Pri in the packet header and by decoding the address and port fields **704**AdrPrt in the data packet header. The service mapping can be performed by decoding the class of service **714** in the generic data packet header fields. When the incoming data packet is identified as generated by a trusted flow generator (TFG) the data packet can receive premium service after further authenticity checks by operation module **913**. Module operation **913** checks two fields in the generic header of the data packet received from the end station **115**: (1) Security Tag Vector—STV **711**, which is used to signal to the TTC that a certain program was used to generate and send data packets; and (2) Security Tag Serial Number—STSN **712**, which is used for initializing the operation of TFG and TTC. If the checking

US 7,305,704 B2

17

by operation module **913** is correct, the data packet will be sent by operation module **915** as premium service data packet. Otherwise, when the checking is not correct the data packet is discarded by operation module **914**. The sending of data packets from operation module **915** can be based on various parameters, e.g., time of arrival **705**ToA, address **704**AdrPrt, and priority **703**Pri. Data packets that are not receiving premium service are transferred from operation module **912** to operation module **915** for sending out of the TTC **120**TTC.

FIG. **10** illustrates the trusted flow generator (TFG) **110**TFG that is used to generate and send data packets with security tags. The TFG, in some embodiments of the present invention, is done in software as part of the first computing element, wherein the second computing element is the TTC **120**TTC. The TFG basic operations are performed by the TFG controller **1010**, which receives data packet in **1011**. The TFG controller **1010** sends initialization parameters **1012** to the pseudo random tag generator **1020** prior to sending the next value signal **1013** to the pseudo random tag generator **1020** requesting a security tag vector (STV) **711** for the generic header of the incoming data packet. The pseudo random tag generator **1020** returns the next tag **1014** to the TFG controller **1010** with the next security tag vector (STV) **711**. The data packet with the next security tag vector (STV) **711** is then sent out **111**.

The TFG controller operation with the pseudo random tag generator operation, shown in FIG. **10**, can be implemented as one of the embodiments of the present invention as described in detail in the descriptions of FIG. **16**, FIG. **17**, FIG. **18**, FIG. **19**, and FIG. **20**. The description in FIG. **16**, FIG. **17**, FIG. **18**, FIG. **19**, and FIG. **20** detail embodiments of hiding and obfuscating the IP's (Internet Protocol's) TCP (transport control protocol). The operations of hiding and obfuscating are further described in the description FIG. **12**, FIG. **13**, and FIG. **14**.

As illustrated in FIG. **10**, the operation of the TFG controller **1010** is further controlled by the TFG renewable controller **1040**, which sends renewable codes and parameters **1041** to the TFG controller **1010**. The renewable codes and parameters **1041** determine renewable characteristics of the TFG controller **1010**. The renewable characteristics include parameters, e.g., how many data packets can be processed by the TFG controller **1010** before receiving another renewable parameters, and how many data packets can be processed per unit time by the TFG controller **1010**. The operation of the TFG renewable controller **1040** is further controlled, in some embodiments of the present invention, through the network by at least one of: the security management server **160**SMS and the trusted tag checker **120**TTC, that send to the TFG renewable controller **1040** two types of renewable signals: (1) Trusted Flow Parameters/Codes **121** and (2) Secure Time-stamps **122**. The two renewable signals determine how the TFG renewable controller **1040** controls the TFG controller **1010**.

As illustrated in FIG. **10**, the operation of the pseudo random tag generator **1020** is further controlled by the TFG update controller **1050**, which sends update codes and parameters **1051** to the pseudo random tag generator **1020**. The update codes and parameters **1051** determines update characteristics of the pseudo random tag generator **1020**. The update characteristics include changes to the security tag vector **711** generation. The operation of the TFG update controller **1050** is further controlled, in some embodiments of the present invention, through the network by at least one of: the security management server **160**SMS and trusted tag checker **120**TTC, that send to the TFG update controller **1050**

18

two types of renewable signals: (1) Trusted Flow Parameters/Codes **121** and (2) Secure Time-stamps **122**. The two renewable signals determine how the TFG update controller **1050** controls the pseudo random tag generator **1020**.

Another possible and more detailed embodiment of the TFG update controller **1050**, TFG controller **1010**, TFG renewable controller **1040**, and the pseudo random tag generator **1020**, illustrated in FIG. **10**, are shown in the operation illustrated in FIG. **13**.

FIG. **11** illustrates the trusted tag checker (TTC) **120**TTC that is used to check the authenticity of the TFG program used to generate and send data packets with security tags. The TTC controller **1110** receives data packet **1111** and then checks its service type by sending a decoding signal **1131** to the service level lookup table **1130**. The decoding signal **1131** can be at least one of: priority field **703**Pri, address and port fields **704**AdrPrt, class of service **714**, and security signal **713**. The response signal **1132** indicates to the TTC controller **1110** whether or not the data packet **1111** has a security tag vector **711** that need to be checked in order to verify the authenticity of the generating and sending TFG program **110**TFG.

The TTC controller **1110** sends initialization parameters **1112** to the pseudo random tag generator **1120** prior to sending the next value signal **1113** to the pseudo random tag generator **1020** requesting a security tag vector (STV) **711** for checking STV **711** received in the generic header of the incoming data packet **1111**. The pseudo random tag generator **1120** returns the next tag **1114** to the TTC controller **1110** with the next security tag vector (STV) **711**. Then the TTC controller **1110** compares the two STV **711** values, from the data packet and the locally computed by the pseudo random tag generator **1120**, if the two values are the same the data packet can be sent with premium service as it is illustrated in FIG. **9**. Module **915** in FIG. **9** shows the operation of sending of data packets that can be based on various parameters, e.g., time of arrival **705**ToA, address **704**AdrPrt, and priority **703**Pri.

As illustrated in FIG. **11**, the operation of the TTC controller **1110** is further controlled by the TTC renewable controller **1140**, which sends renewable codes and parameters **1141** to the TTC controller **1110**. The renewable codes and parameters **1141** determine renewable characteristics of the TTC controller **1110**. The renewable characteristics include parameters, e.g., how many data packets can be checked and compared by the TTC controller **1110**. The operation of the TTC renewable controller **1140** is further controlled, in some embodiments of the present invention, through the network by the security management server **160**SMS that sends to the TFG renewable controller **1140** two types of renewable signals: (1) Trusted Flow Parameters/Codes **121** and (2) Secure Time-stamps **122**. The two renewable signals determine how the TTC renewable controller **1140** controls the TTC controller **1110**.

As illustrated in FIG. **11**, the operation of the pseudo random tag generator **1120** is further controlled by the TTC update controller **1150**, which sends update codes and parameters **1151** to the pseudo random tag generator **1120**. The update codes and parameters **1151** determines update characteristics of the pseudo random tag generator **1120**. The update characteristics include changes to the security tag vector **711** generation. The operation of the TTC update controller **1150** is further controlled, in some embodiments of the present invention, through the network by the security management server **160**SMS and trusted tag checker **120**TTC that sends to the TTC update controller **1150** two

**19**

types of renewable signals: (1) Trusted Flow Parameters/ Codes **121** and (2) Secure Time-stamps **122**. The two renewable signals determine how the TTC update controller **1150** controls the pseudo random tag generator **1120**.

FIG. **15** is illustrates an embodiment implemented with, e.g., tamper proof hardware. In this integrated configuration, the operation and embodiments described in FIG. **8**, FIG. **9**, FIG. **10**, and FIG. **11**, for TFG **110**TFG and TTC **120**TTC are combined together. This integrated configuration can be implemented in various manners, e.g., tamper proof hardware, VLSI, micro-coded with a network appliance and micro-coded in a tamper proof manner with a network appliance. The integrated configuration can be further combined with a smart card **1510**. The integrated configuration, in some configuration of the present invention, is further enhanced with a TFG challenge controller as discussed relative to and as illustrated in details in FIG. **27**.

The embodiment illustrated in FIG. **15** is used in the realization of various edge devices and network appliances, e.g., a cellular telephone, a PDA, a single printed circuit board, a single chip, a single computing module, a single chassis, a hand held device, a single box, a user terminal.

The TFG system, illustrated in FIG. **8** and FIG. **10**, possesses means for providing controlled communication in accordance with defined rules of transmission. The system further comprising: processing data in accordance with defined logic to construct a first data packet; means for generating a security tag vector **711** responsive to validating the processing in accordance with the defined logic; and means for constructing by the TFG controller **1010**, shown in FIG. **10**, a trusted data packet **111** responsive to the means for processing and means for generating.

The system further comprises: means for transmitting the trusted data packet **111** onto a communications path, e.g., the VPN connection **2810** in FIG. **28**, in accordance with the defined rules of transmission.

The system, as illustrated in FIG. **1** and FIG. **11**, further comprises: means for receiving the trusted data packet **111** from the communications path; and means for validating the trusted data packet responsive to analyzing the trusted data packet to verify the security tag vector **711** responsive to the defined logic.

The system further comprises: means for mapping **1130**, as shown in FIG. **11**, wherein mapping is of the trusted data packet **111** to a first communications class of service responsive to the validating the trusted data packet and verifying the respective security tag vector; and means for mapping the trusted data packet **111** to a second communications class of service responsive to the validating the trusted data packet resulting in failed verifying of the security tag vector **711**.

The system further comprises: means for coupling the first communications class of service with the trusted data packets **111** for further communication therefrom; wherein the data packets of the second communications class of service is denial of further communication therefrom; wherein the data packets of the second communications class of service are stored in a local storage without further transmission.

The system, in a different embodiment, transmits the data packets of the second communications class of service at a lower priority level than the first communications class of service, wherein the priorities are determined responsive to set of priority bits **703**Pri within each of the data packets.

The transmitting is performed in a first computing element that is part of TFG, as shown in FIG. **1**, FIG. **8** and FIG. **10**; and wherein the means for receiving is performed in a second computing element that is part of TTC, as shown in FIG. **1**, FIG. **9** and FIG. **11**. The first computing element and

**20**

the second computing element are both contained within a single physical computing system, as shown in FIG. **15**.

As illustrated in FIG. **15**, the first computing element and the second computing element are contained in separate physical computing systems, as shown in FIG. **1**, FIG. **2**, FIG. **3**, FIG. **4** and FIG. **28**. The second computing element has non-modifiable processing logic.

As illustrated in FIG. **1** and FIG. **15**, at least one of the first computing element and the second computing element is comprised of at least one of: tamper-proof hardware and tamper-proof firmware, self-destructive hardware; wherein the second computing element is made inoperative responsive to detection of at least one of: tampering, attempt to replace hardware, attempt to replace firmware, attempt to replace software. The single physical computing system, as shown in FIG. **15**, is at least one of: a single printed circuit board, a single chip, a single computing module, a single chassis, an hand held device, a PDA, a cellular phone, a single box, a user terminal.

The TFG system, as shown in FIG. **8** and FIG. **10**, generates the security tag vectors (STVs) **711** and processes data in accordance with defined logic to construct the first data packet are obfuscated. The TFG system which generates the STV **711** is hidden within the processing data in accordance with defined logic to construct the first data packet **111**.

The TFG system, shown in FIG. **8** and FIG. **10**, generates the security tag is encrypted within the processing data in accordance with defined logic to construct the first data packet, as shown in the specifications of FIG. **12**, FIG. **13** and FIG. **14**.

The system, as shown FIG. **1**, couples the first computing element that is TFG **110**TFG and the second computing element that is TTC **120**TTC through a communications network **140** and **150**. The communications network, **140** and **150**, is at least one of: an access network, a metropolitan network, a local area network, a wireless network, an enterprise network, a cellular telephone network, a cable modem network, a passive optical network, Ethernet, token ring, a spatial reuse ring, SONET ring, resilient packet ring, a costumer premise network (CPN), an IP, Internet, a 3G wireless network, IEEE 802 standards, ATM network, frame relay (FR) network, a virtual private network (VPN), a shared media, and a storage area network (SAN).

As illustrated, the first computing element that is TFG **110**TFG and the second computing element that is TTC **120**TTC are directly coupled.

The first computing element that is TFG **110**TFG is part of at least one of: a single printed circuit board, a single chip, a single computing module, a single chassis, an hand held device, a PDA, a cellular phone, a single box, a user terminal, an application software module, an operating system module, a Java applet, a communications software module, a firmware component, a software driver, and a distributed system software module.

The second computing element that is TTC **120**TTC is part of at least one of: a firewall, a gateway, a router, a routing controller, a local area network bridge, a local area network switch, a wireless base station, a wireless 3G base station, an IEEE 802.11 base station, a cable modem headend, a central office, an ADSL DSLAM, and a point-of-presence (PoP).

In one embodiment, the system additionally forwards the trusted data packet **111** for further communication over a defined communications path **150**, wherein the defined communications path **150** is part of at least one of: a VPN (virtual private network), an ATM, a FR (frame relay), a

US 7,305,704 B2

21

CPN (costumer premise network), a content delivery network (CDN), an ISP, a shared media, a firewall, a local area network, the Internet, a metropolitan area network, a SAN, a link to application server, a link to web server, a link to data base server, a link to Internet server, a link to network server, a public network, an enterprise network, and a carrier network.

The system forwards the trusted data packet **111** to a further computing device, wherein the further computing device is at least one of: an application server, a web server, a data base server, an Internet server, a network server, a firewall, a multimedia server, a video server.

Within the TTC **120**TTC, the first class of service is comprised of a local processing of the trusted data packet **111**; wherein the local processing is done by at least one of: a router, a server, a web-server, a database, a firewall, a network appliance.

The TFG **120**TFG, further receives at least some of the defined rules of transmission from a separate rules controllers: TFG renewable controller **1040** and TFG update **1050**, specified in FIG. **10**. The system, within the TFG **120**TFG, wherein the defined rules of transmission determine at least one of: performance characteristics, access characteristics, transmission limitations, transmission rates, window sizes, port numbers, IP addresses, network addresses, quotas, renewable quotas, packet structure limitations, and transmission schedule.

Within the TFG **120**TFG, at least one of the defined rules of transmission determines a renewable precondition for transmission. The renewable precondition for transmission is defined by least one of: renewable transmission quota of trusted data packets, number of trusted data packets that can be transmitted per unit of time, time signal, UTC time signal, digitally signed time signal, digitally signed time-stamp, digitally signed time-stamp from UTC (coordinated universal time), digital cash for transmission of trusted data packets, and cryptographic keys for marking trusted data packets.

For the renewable controller **1040**, the renewable precondition for transmission is obtained from at least one of: a predefined logic, an external rule controller, a security management system (SMS) **160**SMS, network interface, network appliance, server, network management system, firewall, local computation, smart card device, portable device.

For the TFG system, whenever the renewable precondition for transmission is not valid, transmission is suspended.

The TFG system as illustrated in FIG. **10**, further updates parts of defined logic by using a TFG update controller **1050**, wherein the means for updating comprise of at least one of: means for adding data, means for deleting data and means for replacing data and wherein data comprises at least one of lines of codes, machine codes, obfuscated codes, object codes, tables of codes, program parameters, subroutine parameters, tables of parameters, data structure of parameters, software modules, alpha numeric values, cryptographic fields, assembly language code, software applets, program control information, firmware code, instructions for reprogramming programmable hardware elements e.g., PLAs.

The TFG system generates data packets **111** with STV that comprises at least one of: means for applying a pseudo-random generator, means for applying a pseudo-random function, means for applying a cryptographic function, means for applying an encryption function, means for applying a scrambling subroutine, means for applying an authentication function, means for applying a digital signing func-

22

tion, means for applying a cryptographic hash function, applying a subroutine, means for applying a computational logic module, means for applying a symmetric cryptography function, applying an asymmetric cryptography function, employing a cryptographic key, employing a cryptographic seed, employing an encrypted software, employing an obfuscated software, means for employing a hidden program, means for employing logic with a set of parameters, means for employing a hardware module, means for employing a smart card, means for employing a portable device, and means for employing a distributed protocol.

The TTC system illustrated in FIG. **9** and FIG. **11**, validates compliance with communications processing for the transmittal of data packets **111** comprised of a received security tag vector—STV **711**. The TTC system further comprises: means for receiving one of the data packets; means for generating a local security tag; means for comparing the local security tag to the received security tag; and means for mapping the received data packet to a defined class of service responsive to the means for comparing.

The TTC system illustrated in FIG. **9** and FIG. **11**, further comprises: means for mapping the received data packet to a first class of service responsive to the local security tag equaling the received security tag; and means for mapping the received data packet to a second class of service responsive to the local security tag which is different from the received security tag.

The TTC system illustrated in FIG. **9** and FIG. **11**, further comprises: means for forwarding the received data packet for further communication over a defined communications path. The TTC system in FIG. **9** and FIG. **11**, wherein the defined communications path is part of at least one of: a VPN, an ATM, a FR, a CPN, a content delivery network (CDN), an ISP, a shared media, a firewall, a local area network, an Internet, a metropolitan area network, a SAN, a link to application server, a link to web server, a link to data base server, a link to Internet server, a link to network server, a public network, an enterprise network, and a carrier network.

The TTC system illustrated in FIG. **9** and FIG. **11**, forwards the received data packet to a further computing device, wherein the further computing device is at least one of: an application server, a web server, a data base server, an Internet server, a network server, a firewall, a multimedia server, and a video server.

As illustrated in FIG. **9** and FIG. **11**, the TTC system wherein the first class of service is comprised of a local processing of the received data packet **111**, wherein the local processing is done by at least one of: a router, a server, a web-server, a database, a firewall, and a network appliance.

The TFG and TTC system controll signaling in accordance with defined rules of at least one of transmission and operation, the method comprising: means for processing data in accordance with defined logic to construct operation; means for generating a security tag responsive to validating the processing in accordance with the defined logic; and means for constructing a signal responsive to computing with security tag. The system further transmits the signal onto a communications path in accordance with the system operation.

The system further receives at least some of the defined rules of at least one of transmission and operation, from a separate rules controller: TFG renewable controller **1040** and TFG update **1050**, specified in FIG. **10**; wherein at least one of the defined rules of at least one of transmission and operation, and determines a renewable precondition for at least one of transmission and operation.

US 7,305,704 B2

23

24

The system as illustrated in FIG. **10** further updates parts of the defined logic; wherein generating comprises at least one of means for applying a pseudo-random generator, means for applying a pseudo-random function, means for applying a cryptographic function, means for applying an encryption function, means for applying a scrambling subroutine, means for applying an authentication function, means for applying a digital signing function, means for applying a cryptographic hash function, means for applying a subroutine, means for applying a computational logic module, means for applying a symmetric cryptography function, means for applying an asymmetric cryptography function, means for employing a cryptographic key, means for employing a cryptographic seed, means for employing an encrypted software, means for employing an obfuscated software, means for employing a hidden program, means for employing logic with a set of parameters, means for employing a hardware module, means for employing a smart card, means for employing a portable device, and means for employing a distributed protocol.

The TFG system provides at least one of the defined rules of at least one of transmission and operation, that determines an action based on a context; wherein the context involves at least one of a system user present, a system user present at an end-station, a system user present at the computer used for transmission and operation, application program present, a data information available, a cryptographic keys available and parameters available.

The TFG system provides that when said context is missing for at least one of transmission and operation there will be no transmitting the signal onto a communications path in accordance with the operation.

The TTC system, as illustrated in FIG. **9** and FIG. **11**, embodiments which validate compliance with defined rules of at least one of transmission and operation comprised of a received signal. The system further provides: means for receiving signal; means for generating a local signal; means for comparing the local signal and received signal; means for deciding on compliance; means for mapping at least one of transmission and operations to a defined class of service responsive to the deciding; means for receiving data packet; means for mapping the received data packet to a first class of service responsive to deciding; means for mapping the received data packet to a second class of service responsive to deciding; means for forwarding the received data packet for further communication over a defined communications path; and means for forwarding the received data packet to a further computing device.

Embodiments of the TTC system as illustrated in FIG. **1**, FIG. **9** and FIG. **11**; provide that the first class of service is comprised of a local processing the received data packet; wherein the local processing is done by at least one of: a router, a server, a web-server, a database, a firewall, and a network appliance.

The trusted system as illustrated herein provides for communications system comprising:

(1) TFG system in FIG. **8** and FIG. **10** with a first communications subsystem comprising a first processing subsystem providing first logic for data packet processing, rules of transmission and security tag generation, for selectively transmitting trusted data packets **111**; and

(2) TTC system in FIG. **9** and FIG. **11** with a second communications subsystem comprising a second processing subsystem providing logic for checking, vali-

dating and mapping of the selectively transmitted trusted data packets responsive to a defined validation logic; and

(3) a communications access network coupling the first communications subsystem and the second communications subsystem.

In said trusted system the mapping of the selectively transmitted trusted data packets **111** is further comprised of mapping logic; wherein mapping logic is further comprised of at least one of: a mapping table, decision-tree, a processing logic, a data packet processing logic, a data packet header processing decision-tree, a security tag processing logic, a data packet identification processing logic, a data packet priority processing logic, a data packet class of service processing logic, and a secure time-stamp processing logic.

In one embodiment, said trusted system further comprises: a communications service network for coupling the second communications subsystem to a destination; and wherein the rules of transmission are provided to the first communications subsystem from the communications service network; wherein the second communications subsystem is further comprised of: a subsystem for forwarding data packets responsive to the mapping logic.

In the TFG system as illustrated in FIG. **1**, FIG. **8** and FIG. **10**, the rules of transmission, that are part of the TFG controller **1010**, are further characterized as defining at least one of: transmission rate, maximum window size, port number, destination IP, source IP, data packet priority, transmission time, and transmission schedule.

In the TFG system as illustrated in FIG. **1**, FIG. **8** and FIG. **10**, the rules of transmission and security tag generation, that are part of the TFG controller **1010**, are further characterized as responsive to a at least one of: predefined schedule, secure time-stamp, renewable codes and parameters, and update codes and parameters.

In the TFG system as illustrated in FIG. **1**, FIG. **8** and FIG. **10**, the rules of transmission are part of the TFG controller **1010**; wherein the rules of transmission are provided from an external storage medium; wherein the first logic is comprised as a part of the TFG controller **1010**; wherein the first logic is comprised of an interlocking of a plurality of logic modules responsive to the data packet processing, the rules of transmission and the security tag generation; wherein the interlocking is further characterized in that each respective one of the plurality of logic modules is associated with a respective one of a plurality of defined subtasks; wherein the combined plurality of defined subtasks defines the first logic; and wherein all of the logic modules are required to properly perform the respective defined subtask to provide the first logic.

The TFG system as illustrated in FIG. **1**, FIG. **8** and FIG. **10**, further comprises: an update controller, as part of the TFG, and a security management server (SMS) that is external to the TFG system; wherein the update controller **1050** provides update codes and parameters to the first processing subsystem that is part of the TFG controller **1010** and wherein the SMS provides an update information to the update controller. The system further comprises: a renewable controller **1040**, wherein the renewable controller provides update codes and parameters to the first processing subsystem; wherein the SMS provide a renewable information to the renewable controller. The TFG system with its first processing subsystem further comprises: cryptographic modules; wherein cryptographic modules further providing for at least one of: program authentication, user authentica-

US 7,305,704 B2

25

26

tion, cryptographic authentication, application authentication, encryption, secure time-stamp, and digital signature.

The TTC system with its second processing subsystem further comprises validation modules; wherein validation modules further providing for at least one of: program authentication checking, user authentication checking, cryptographic authentication checking, application authentication checking, decryption, secure time-stamp, and digital signature validation.

In another embodiment, the system controls communications data packet flow between at least two computing elements comprising: means for generating a security tag; means for associating the security tag with a first computing element responsive to compliance logic; means for generating a data packet which includes a security portion; means for transmitting the data packet over a communications path; means for receiving the data packet at least a second computing element; means for processing the data packet to validate the security portion responsive to the security portion and at least a portion of the data packet; and means for transmitting the data packet from the second computing element to for further processing at least a third computing element; wherein (1) the communications path includes at least the second computing element and the third computing element, (2) the transmitting is responsive to the processing of the second computing element and the third computing element and (3) wherein the processing in at least one of: the second computing element and the third computing element, computing of additional security.

In another embodiment, for providing secure communications, the system comprises means for consistent initialization of a tag generator, which is part of the TFG controller **1010**, operating from an initial generator state to generate a sequence of security tags **711** for association with data packets for transmission; means providing for transmission of the data packets with associated security tags from the TFG controller **1010** to tag verifier, which is part of TTC **120**TTC, operating from an initial verification state to generate a sequence of comparison security tags for selective comparison to the security tags **711**. The system further includes means for coordinating the initial generator state and the initial verifier state prior to transmission of any of the data packets in the sequence; and wherein the tag verifier provides valid comparison tags responsive to the means for coordinating.

Said system comprises means for consistent initialization, further comprising: a sequence number **712** that is associated with the tag generator, which is part of the TFG controller **1010**, wherein the sequence number is included as part of the security tag. The tag verifier, which is part of TTC, generates a comparison sequence number for selective comparison to the sequence number that is part of the security tag; wherein the sequence number **712** is used for at least detecting data packet loss.

Said system further comprises: a secure time-stamp; wherein the tag generator, which is part of the TFG controller **1010**, includes the secure time-stamp as part of the security tag **711** in the generic data packet header. The tag verifier, which is part of TTC **120**TTC, generates a comparison secure time-stamp for selective comparison to the secure time-stamp that is part of the security tag.

Said system provides secure communications, comprising: a tag generator operating from an initial generator state to generate a sequence of security tags and related information for association with data packets for transmission; means providing for transmission of the data packets with associated security tags **711** in the generic data packet

header; a tag verifier operating from an initial verification state to generate a sequence of comparison tags for selective comparison to the security tags responsive to the related information; and wherein (1) the tag verifier only provides validation of the data packets **111** responsive to comparing the comparison tags and the respective security tags for the respective data packets, and to the synchronization of the initial generator state and the initial verification state and (2) the related information is at least of: program authentication, user authentication, cryptographic authentication, application authentication, encryption, secure time-stamp, time-stamp, clock reading, and digital signature.

Program Hiding and Obfuscating with Secure Logic Interlocking:

In a preferred embodiment, the system provides secure integration of separate logic modules to provide a combined functionality, the system comprising: a plurality of software logic modules operable stand-alone to provide a respective plurality of subtask functions; a transformation controller for interlocking the plurality of software logic modules into a single logic program; wherein the combined functionality is only provided when the plurality of subtask functions are executed responsive to the single logic program.

The system providing secure integration gets an input random bit string **1211** as a parameter and another parameter of plain program consisting of logic modules **1212**. It performs the integration of the logic modules using an "obfuscator" **1210**; or "program encrypter" **1220**; and/or "hidden program generator" **1230**, generating modules for remote execution; or execution in memory modules which are not easily available or recognizable and/or "object code program generator" generating software which makes the code unchangeable and/or it embeds the code in a tamper proof device" **1240**. In all cases the outcome is a single logic program which can be an obfuscated program "**1211**; and/or" an encrypted program" **1221**; and/or "a hidden program" **1231** and/or "an object program" **1241**. Examples of various options to be executed are presented in FIG. **12**. The program can be integrated where part of it is hidden and another part is encrypted and other such combinations are possible. It is clear to one who is familiar with the art how to combine and super-impose the transformation above and variation thereof as part of the system for secure integration.

The exact sequence and nature of the obfuscation and/or encryption transformations maintains the logic of each of the module but makes the executable logic a unique integrated logic which is to be executed as one logic without the user being able to separate the modules, are also subject to variation and is known in the art as explained in the background for the present invention.

In a preferred embodiment, the system for secure integration can be safely run (execute), wherein the single logic program is written to be immune to reverse generation; namely, there is no effective way to separate by reverse engineering the module to be executed separately.

The system can be executed on various inputs and in particular, wherein one of the software logic modules provides a cryptographic function for producing pseudo-random sequence of security tags vectors **711**. In the case where this module is not available for reverse engineering then there is no way to generate the output sequence of security tags due to the strength of unpredictability of cryptographic functions.

The system in this case can use various means known in the art and run wherein producing pseudo-random sequence of security tags involves computation by at least one of the following methods: applying a pseudo-random generator,

US 7,305,704 B2

27

applying a pseudo-random function, applying a cryptographic function, applying an encryption function, applying a scrambling subroutine, applying an authentication function, applying a digital signing function, applying a cryptographic hash function, applying a subroutine, applying a computational logic module, applying a symmetric cryptography function, applying an asymmetric cryptography function, employing a cryptographic key, employing a cryptographic seed, employing an encrypted software, employing an obfuscated software, employing a hidden program, employing logic with a set of parameters, employing a hardware module, employing a smart card, employing a portable device, and employing a distributed protocol. These methods are examples and not exclusive and are available in the art as software and/or hardware subroutines.

The system of the secure logic integration achieves a mechanism where the single logic program (in one of many forms **1211,1221,1231,1241**) can now perform in one location (e.g., a TFG **110**TFG) as a hidden program portion **414**, and signal the security tag (with various fields as in **711**, **712**,**713**,**714**) and due to the uniqueness of the module and the fact that the input logic modules are now interlocked and are executed all together, we are assured that the functionality of the separate logic modules is faithfully executed when the signal is correctly generated. When the security tags are attached to a stream of packets as in **111**, they can be checked at another location e.g., the TTC **120**TFG. The checking **910** assures the origin of the security tags and thus the stream of packets. The TFG controller **1010** uses the unique logic module and thus functionally also the pseudo random tag generator **1020**, whereas the TTC controller **1110** employs the pseudo random tag generator **1120** to check the tag by comparison.

In a preferred embodiment, the system for secure integration is run, where one of the software logic modules provides logic to construct data packets. In fact, such logic modules can be any type of networking software, and a combination of networking modules can be integrated as well. The notion of data packet is general and for example, we can execute the system for providing logic integration, wherein logic to construct data packets computes at least one of: IP data packet, TCP/IP data packet, UDP data packet, ATM data packet, MPLS data packet, TCP SYN signal, PING signal, ICMP signal, IPv4, IPv6, FC frame, cable modem frame, Ethernet frame, and data packet segmentation.

The system for secure logic integration provides a single logic module which hides certain rules of execution, thus the mechanism assures to interlock the signal generation of security tags and the rules of execution. In particular the system is run wherein one of the software logic modules provides rules of transmission. These rules are part of a computation and the system is run, wherein the rules of transmission compute at least one of: performance characteristics, access characteristics, transmission limitations, transmission rates, window sizes, port numbers, IP addresses, network addresses, quotas, renewable quotas, packet structure limitations, and schedule. Indeed, a combination of rules is possible, as well, to assure a number of execution rules are followed for various transmissions and various operations.

The system of secure integration of separate logic modules can integrate rules, wherein at least one of the rules of transmission determines a renewable precondition for transmission. This will enforce the TFG controller **1010** to request and receive renewable codes and parameters **1041** from a TFG renewable controller **1040** when the single

28

module will be executed in the TFG controller. The system of secure integration can be run wherein the renewable precondition for transmission is least one of: renewable transmission quota of trusted data packets, number of trusted data packets that can be transmitted per unit of time, time signal, UTC time signal, digitally signed time signal, digital cash for transmission of trusted data packets, and cryptographic keys for marking trusted data packets. These quota oriented methods and cryptographic refresh parameters methods are known in the art. However, in accordance with one aspect of the present invention, logic has to be integrated for recognizing renewable condition and activation of renewable codes and parameter receipt process when precondition for transmission is not valid. The system can be constructed wherein the renewable precondition for transmission is obtained from at least one of: a predefined logic, an external rule controller, a security management system, network interface, network appliance, server, network management system, firewall, local computation, smart card device, and portable device. These are examples of possible location and operation of the TFG renewable controller **1040**.

The system for secure integration can get as input where combinations of individual software modules are provided as input. A first example is where it can be run, wherein one of the software logic modules provides a cryptographic function for producing a pseudo-random sequence of security tags; and wherein one of the software logic modules provides logic to construct data packets. A second example is the system wherein one of the software logic modules provides a cryptographic function for producing a pseudo-random sequence of security tags; and wherein one of the software logic modules provides rules of transmission. A third example is the system1 wherein one of the software logic modules provides a cryptographic function for producing a pseudo-random sequence of security tags; wherein one of the software logic modules provides logic to construct data packets; and wherein one of the software logic modules provides rules of transmission.

A demonstrative example is illustrated in FIG. **14**, where the plain program components to be integrated are a well-behaved operational program (e.g., a TCP program in the context of the Internet protocol) that has defined rules of transmissions (e.g., a window size), a second component is a cryptographic program for security tag generation, a third is a parameter table (with e.g., the seed for a pseudo random generator) and a fourth component is a control program for adding rules to the integrated task (e.g., automatic refresh parameters for the renewable rules).

In accordance with another aspect of the present invention, to achieve a large set of possible hidden programs, we need the system of secure integration of software modules, further comprising: a source of interlocking parameters **1211**; and wherein the transformation controller is further comprised of means for combining the software logic modules according to defined interlocking logic responsive to the interlocking parameters. The source of interlocking parameters is generated by a random source, a cryptographic keys, or a defined table and location in memory. Other methods that allow the logic to choose from a large set of options are possible to the one familiar with the art and one can employ cryptographic means and decision tree logic for activating transformations in a random and unknown fashion.

This provides a system, wherein the transformation controller (**1210, 1220, 1230, 1240**) determines an intermixture of the subtask functions of the plurality of software logic modules into the single program to provide the combined

US 7,305,704 B2

29

functionality. Further, the system is such, wherein the inter-mixture can be provided in a defined plurality of different ways; and wherein each of the different ways provides a different one of the single program providing the combined functionality.

The resulting system is such wherein the intermixture is further comprised of at least one of: obfuscation, encryption, replication, adding dummy code, addition of redundant control, renaming of variables, splitting a procedure into multiple sub-procedure, dictionary transformation, compilation, interpretation, cryptographic transformation, digital signing, and scrambling. Other transformation that change the representation of the logic and its way of execution but do not change the meaning and results of the logic are in the art.

For example, it can comprise a system wherein replication comprised of repetitions of the software logic modules into an oversize program comprising the single program embedded therein; and we can have this system, wherein each repetition is made active separately to define an active single program within the oversize program, which acts as the single program.

In many situations, in accordance with another aspect of the present invention, for the system for secure integration, the transformation controller further generates external software modules for linked operation with the single program required for the combined functionality is needed. For example the resulting single program (in the TFG **110**TFG) may be required to consult with another subsystem (the TTC **120**TTC) where the external software modules reside and operate.

The system for secure integration of software modules, which also generates external logic modules, can be run where it is further comprised of means for transmitting the external software modules to separate computing subsystems; and wherein the external software modules are executed in the separate computing subsystems to provide at least one of: update information and renewable information coupled to the single logic program.

The system can be executed wherein means for transmitting further involve at least one of: encryption, authentication, and digital signing. The system can be run wherein the update information is at least one of: change data, change executable code, change pattern, change order and pseudo-change of dummy code.

The system can be run, wherein the renewable information is at least one of: renewable transmission quota of trusted data packets, number of trusted data packets that can be transmitted per unit of time, time signal, UTC time signal, digitally signed time signal, digital cash for transmission of trusted data packets, and cryptographic keys for marking trusted data packets.

Note that the system of secure integration can be further comprised of means for transmitting of the single logic program to a primary computing system. The system can be run wherein means for transmitting further involve at least one of: encryption, authentication, and digital signing.

In particular, the system can be combined wherein there is security verification information generated by the transformation controller, for utilization by a separate security tag verification logic in a separate communications subsystem which validates the security tag.

Such an operation by the resulting single program and resulting external software modules is illustrated in FIG. **13**, where the single program, exemplified by a distributed execution of first hidden program **1310** is required to call **1311**, **1313** and get returns **1312**, **1314** when executed. The

30

external software modules of codes **1340** and parameters **1350** are responsible for the returns. This distributed execution is activated on a data packet with empty generic parameters **1301**. To demonstrate that a single program operation can be repeated in many places and by various software components in the computing subsystem we can view the continuation of the execution in **1310** that continues with **1330** but on the output of **1310** which is a data packet with first generic parameters **1302**. The operation is a second single program represented by a distributed execution of second hidden program **1330** with calls **1331**, **1333**, and returns **1332**, **1334** from a second code **1360** and second parameters **1370** in a second external software modules.

The system of secure integration of separate logic modules can be such wherein one of the software logic modules provides security services. There are many examples of such services. The services can combine users and programs in a secure way and integrate them into the operational modules, generating a security tag based on them and generating it on the operational level without the need for extra operations from the user or the program. In fact, the system can be such, wherein the security services include means for at least one of: user authentication, user sign-on, data packet authentication, user login, applying user's cryptographic keys, applying organization's cryptographic keys, and digital signing. It can be such wherein security services further provides means for applying cryptographic transformations based on keys belonging to a primary computing system. The primary computing system can be the one that includes means for execution of single logic program.

One embodiments of the present invention embeds security services automatically into the operational level. The services can authenticate elements and embed the authentication information in the security tags. This will result in a virtual private network implemented in the operational level of packet handling and rules of transmission.

The system can be such that one of the software logic modules provides for a cryptographic function for producing pseudo random sequence of security tags, and further comprising of means for providing one of the software logic modules to a secondary computing subsystem.

The generation of the hidden program single module and the external modules and the distribution are all part of the transformation controller and constitute together with the logic component for transformations, cryptography and transmission the system enabling a single logic module which has a combined functionality.

Hiding and Obfuscating TCP (Transport Control Protocol):

FIG. **16**, FIG. **17**, FIG. **18**, FIG. **19**, and FIG. **20** show a possible embodiment of the present invention for allowing the network to verify and authenticate the proper operation of the TCP layer implementation on the users' terminals. FIG. **16** illustrates the high protocol layers of a protocol stack wherein a plurality of applications **1620-1** and **1620-2** transmit and receive data units to and from other plurality of applications through an interface layer named socket layer **1640**. The socket layer **1640** translates requests to send data units by each of the plurality of applications **1620-1** and **1620-2** into requests TCP_Send **1655** to a Trusted TCP Code **160**TFG for sending sequences of bytes to a remote end system. The socket layer **1640** hands to the respective one of the plurality of applications **1620-1** and **1620-2** sequences of bytes provided by the TCP code **1600**TFG though data line TCP_Received **1650**, wherein each sequence of bytes had been previously received from a remote end system by the TCP code **1600**TFG.

US 7,305,704 B2

31

The Trusted TCP Code **1600**TFG implements defined rules of transmission for the reliable exchange of bytes with a remote TCP layer instance through a bi-directional TCP connection. Bytes provided by the Socket Layer **1640** through data line TCP_Send **1655** are organized in data units called TCP segments and transferred to an Internet Protocol Layer **1610** through data line IP_Send **1665**. The IP Protocol Layer **1610** is responsible for delivery of TCP segments to a remote IP Protocol Layer **1610** entity that transfers them to the respective Trusted TCP Code **1600**TFG through data line IP_Received **1660**.

The Trusted TCP Code **1600**TFG includes a Pseudo Random Tag Generator **1120** for generation of a security information to be included in a TCP segment that is transmitted, wherein the security tag information is aimed at certifying that the corresponding TCP segment was generated by a Trusted TCP Code **1600**TFG, e.g., the TCP transmitter that originated the TCP segment operates in compliance with defined rules of transmission. Network nodes, e.g., routers, switches, gateways, proxies, and network appliances, and the destination can use the security information enclosed in a TCP segment to verify that it was generated by Trusted TCP Code **1600**TFG.

In an alternate embodiment, the security information encompasses a Security Tag Vector and a Security Tag Serial Number, as previously described within the present disclosure. In another embodiment the security information is carried with the Acknowledgement number field within the TCP header, whereby such field is not used to carry piggybacked acknowledgement information. In an alternative embodiment the TCP header is modified to include an additional field carrying the security information. In an alternative embodiment the security information is enclosed within the TCP payload.

In one embodiment, the Trusted TCP Code **1600**TFG includes a Trusted Tag Checker **120**TTC for verifying the security information included within TCP segments received through data line IP_Received **1660**.

The Trusted TCP Code **1600**TFG receives external timing information from a real-time Clock **1630** through a Clock_Tick **1635** line for implementing timers essential for proper TCP operation as it is described in the following. (Further details can be found in, "Internetworking with TCP/IP" by D. E. Comer, Prentice-Hall, Third Edition, 1995, ISBN 0-13-216987-8; "TCP/IP Illustrated, Vol. 1: The Protocols" by W. R. Stevens, Addison-Wesley, Reading, Mass. 1994.)

FIG. **17** illustrates the operation of the Trusted TCP Code **160**TFG upon being provided, through data line TCP_Send **1655**, with data bytes to be transmitted **1750** to a respective remote TCP layer entity. The provided data bytes are stored in a respective TCP sender buffer **1710** that contains all the data bytes for which delivery has been requested by at least one of a plurality of applications and delivery has not been confirmed yet by a corresponding remote TCP layer entity.

Next, the Trusted TCP Code checks **1720** whether the TCP transmission window includes data bytes stored in the sender buffer and not yet sent, in which case a procedure which task is to assemble and send a TCP segment **1800** is initiated.

FIG. **18** illustrates an embodiment of the present invention, for the procedure by which to send a TCP segment. The procedure consists of an execution loop that is repeated as long as **1810** the TCP transmission window includes data bytes stored in the sender buffer which are not sent yet. If the amount of such bytes does not exceed a minimum threshold

32

for which sending a TCP segment is considered worthy **1820**, the Send TCP Segment **1800** procedure is terminated **1820**N.

Otherwise **1820**-Y, a TCP segment is prepared for transmission **1830**, i.e., the corresponding header fields are computed, the header is assembled, and the corresponding data bytes appended as a payload. If the TCP layer entity has to acknowledge the reception of data bytes along the other direction of the TCP connection, the acknowledgement information is added and put inside the corresponding TCP header fields **1840**. In the preferred embodiment the acknowledgement information consists of an Acknowledgement number that identifies the last in-sequence byte received, and an ACK bit flag that indicates that the acknowledgement number field contains a valid value.

The security tag vector (STV) **711** is then computed **1850** and, together with a Security Tag Serial Number (STSN) **712**, coupled to the TCP segment **1860**. Finally, the TCP segment including the security information is sent **1870** by transferring it to the IP layer entity through data line IP_Send **1665** in FIG. **16**.

FIG. **19** illustrates an alternate embodiment of the present invention, wherein operations are performed by the Trusted TCP Code **1600**TFG each time a timing signal is provided **1910** by the Real-time clock **1630** in FIG. **16** through line Clock_Tick **1635**. The first transmitted TCP segment contained in the transmission window is considered **1920** and an execution loop is repeated for each transmitted TCP segments contained in the TCP transmission window whose corresponding associated re-transmission times has timed-out **1930**.

The TCP sender window is updated **1940** according to the defined rules implemented by the Trusted TCP code **1600**TFG. In one alternate embodiment of the present invention, the window size is halved. In another alternate embodiment, the window size is reduced to one TCP segment. In yet another alternate embodiment, the window size is decreased in at least one of: a linear way, a multiplicative way, an additive way, and an exponential way. In another embodiment, the window size is left unchanged.

If the TCP layer entity has to acknowledge the reception of data bytes along the other direction of the TCP connection, the acknowledgement information is added and put inside the corresponding TCP header fields **1840**. In the preferred embodiment the acknowledgment information consists of an Acknowledgement number that identifies the last in-sequence byte received, and an ACK bit flag that indicates that the acknowledgement number field contains a valid value.

The security tag vector (STV) is then computed **1850** and, together with a Security Tag Serial Number (STSN), coupled to the TCP segment **1860**. Finally, the TCP segment including the security information is re-sent **1970** by transferring it to the IP layer entity through data line IP_Send **1665** in FIG. **16**. The next transmitted TCP segment contained in the TCP sender window is considered **1980** for the next iteration of the execution loop.

FIG. **20** illustrates the operations performed by one embodiment of the Trusted TCP Code **1600**TFG in FIG. **16** each time a TCP segment is provided **2010** by the corresponding IP layer **1610** through the IP_Received data line **1660**.

In one preferred embodiment, the STV and STSN are extracted from the received TCP segment **2020** and the Trusted Tag Checker **120**TTC in FIG. **16** included in the Trusted TCP Code **1600**TFG checks that the STV has been properly generated **2030** in FIG. **20**. This enables the

US 7,305,704 B2

33

receiver Trusted TCP Code **1600**TFG to verify that the corresponding received TCP segment has been sent by a sender Trusted TCP Code **1600**TFG operating according to defined rules for transmission.

According to such preferred embodiment if the check on the tag **2030** reveals that the TSV has not been properly generated **2030**-N, the corresponding received TCP segment is discarded and not processed any further.

If the check on the tag **2030** reveals that the TSV has been properly generated **2030**-Y, the Trusted TCP Code **1600**TFG checks whether the received TCP segment contains a payload **2040**, in which case the payload is processed as described in the following. The data bytes contained in the payload are saved in a receiver buffer **2050**. Then the content of the sequence number field in the TCP header of the respective received TCP segment is considered for checking **2060** whether the data bytes carried in the payload field of the respective TCP segment are in sequence with the data bytes carried within previously received TCP segments.

If the first data byte in the payload of the respective received TCP segment immediately follows the last consecutive byte received **2060**-Y, the data bytes contained in the payload field of the respective received TCP segment can be delivered **2065** to the respective destination application **1620**-1 and **1620**-2 in FIG. **16**, through data line TCP_Received **1650**. In yet another embodiment, all of the data bytes contained in the payload field of the respective received TCP segment are provided to the respective destination application **1620**. In another embodiment, at least one of only part of the data bytes and none of the data bytes are delivered to the respective application **1620**. In yet another embodiment, the data bytes contained in the payload field of the respective received TCP segment are provided to the respective destination application **1620** together with data bytes contained in the payload filed of previously received TCP segments that had been stored in the receiver buffer but not yet delivered to the respective destination application **1620**.

Acknowledgement of the received data bytes is then taken care of **2070**. In one embodiment, a TCP segment is sent to the sender of the received TCP segment; the Acknowledgement Number field included in the header of the sent TCP segment contains the sequence number of the last in-sequence byte received and the ACK bit flag, which indicates that the Acknowledgement Number field contains a valid value.

In an alternate embodiment, acknowledgment information is not sent to the sender of the received TCP segment within a TCP segment generated explicitly for this purpose; instead, the acknowledgement information is piggybacked within the header of a TCP segment carrying data bytes to the sender of the received TCP segment. In an alternative embodiment transmission of acknowledgement information is delayed until more data bytes are received within the payload field of successively received TCP segments.

Next, the Trusted TCP Code checks whether the received TCP segment contains valid acknowledgement information **2075**. In the preferred embodiment this is accomplished by checking the ACK flag bit contained in the header of the TCP segment. If the header of the received TCP segment contains valid acknowledgement information **2075**-Y, such information is processed **2080** and the sender window of the Trusted TCP Code **1600**TFG is properly updated according to the defined transmission rules. Then the procedure for sending TCP segments **1800** is entered.

Management of Trusted Flow System:

FIG. **21** illustrates a system consisting of a plurality of TFGs **110**TFG, a plurality of TTCs **120**TTC, and plurality of

34

secure management servers (SMSs) **150**SMS, such that, the TTCs together with the SMSs are capable of detecting and reacting to various unexpected communications patterns. The TFGs, TTCs and SMSs are capable of communicating with one another via a network **150**. The SMSs and TTCs are further capable of exchanging security management signals **161** in a manner described in FIG. **23**, FIG. **24**, FIG. **25** and FIG. **26**.

As illustrated in FIG. **21**, the TTC controls the flow of data packets to servers **130**Serv that are located in costumer premises. Such costumer premises include, but are not limited to: enterprise networks, local area networks, virtual private networks, enterprise networks and storage area networks.

FIG. **22** illustrates a system consisting of a plurality of TFGs and a sequence of TTCs, such that, the TTCs are capable of authenticating the path traversed by data packets **111** that were sent from the TFGs.

In another embodiment of the present invention, the system in FIG. **22** controls the data packet flow over at least two computing elements, which are TFG **110**TFG and TTC **120**TTC each comprising means for generating security tag vectors **711** (shown in FIG. **7**). Each TFG **110**TFG has further means for associating the security tag vector **711** with a first computing element responsive to compliance logic. The TFG further includes means for generating a data packet, which includes a security portion. The security portion is a security tag vector **711**, as it was described in details in FIG. **8** and FIG. **10**. The system in FIG. **22** further includes means for transmitting the data packet over a communications path. The TTC **120**TTC constitutes a second computing element and has further means for receiving the data packet and capability for processing the data packet to validate the security tag vector **711**, as was described in details in FIG. **9** and FIG. **11**.

The system shown in FIG. **22**, further comprises means for transmitting the data packet from the second computing element, which operates as TTC, as described in FIG. **9** and FIG. **11**, for further processing in at least a third computing element, which operates as the TTC, as described in FIG. **9** and FIG. **11**. The result of the sequential checks by the sequence of TTCs is validation that the sequence data packets with the sequence of security tag vectors **711** have been transmitted over a predefined communications path or route in the network **150**. In general, the communications path includes second computing element, third computing element and so on, each of which has the TTC **120**TTC functionality (as was described in detail in FIG. **9** and FIG. **11**) capable of validating that the sequence data packets with the sequence of security tag vectors **711** have been transmitted over a predefined communications path or route in the network **150**.

FIG. **23** illustrates the various operation management messages (OMMs) exchanged among the TTCs and SMSs for detecting unexpected communications patterns and the various possible responses messages when detecting such pattern. In some embodiments of the present invention, the content of OMMs are: (1) authenticated and signed (A and S) and/or (2) sent with TS (time stamp), wherein TS is in some cases from UTC **002**.

The OMMs that are illustrated in FIG. **23** have the following fields. For initialization operations: (I1) HP: Hidden Program, (I2) CP: Checker Program and (I3) Registration. During run-time the following run-time reports are exchanged among the TTCs and SMSs: (R1) PU(N): Number of Premium Users and (R2) A(L): Attack Location. As a result of detecting unexpected communications pattern the

US 7,305,704 B2

35

following run-time action messages are exchanged among the TTCs and SMSs: (A1) D/E: Disable/enable non-premium users and (A2) LPU(N): Limit the Number of Premium users. The manner in which the various messages are exchanged is shown in details in FIG. 23.

The manner in which the TFGs, TTCs and SMSs are acting and responding is described in detail, and is illustrated in FIG. 24, FIG. 25 and FIG. 26, respectively.

FIG. 24 illustrates the TFG 110TFG operation before and after detecting unexpected communications patterns. When a TFG opens a connection through a TTC 2410 the TFG sends a registration message R to this TTC 2411. In some embodiments of the present invention, the connection can be a virtual private network (VPN) connection 2810—as shown in FIG. 28. When TFG detects an attack 2420, the TFG sends A(L) or attack location message to TTCs and SMSs 2421. When TFG receives HP (hidden program) message from TTC or SMS 2430, the TFG incorporates the HP into its operational code 2431. This last operation is equivalent to the renewable and update operations that were described in details in FIG. 10, specifically, the operations of the TFG renewable controller 1040 and TFG update controller 1050.

FIG. 25 illustrates the TTC 120TTC operation in detection and after detecting unexpected communications patterns. When TTC receives registration (R) message from TFG 2510, the TTC updates the number of premium users (PU(N)) 2511. When TTC receives checker program (CP) form SMS 2520, the TTC incorporates the CP into its operational code 2521. This last operation is equivalent to the renewable and update operations that are described in details in FIG. 11, specifically, the operations of the TTG renewable controller 1140 and TTC update controller 1150. When TTC receives attack location (A(L)) message from TFG, another TTC, SMS 2530, the TTC sends attack location (A(L)) message to other TTCs and SMSs with the location of the attack 2531. When TTC receives D/E (disable/enable) non-premium users message from another TTC or SMS 2540, the TTC enable/disable, accordingly, non-premium service users 2541. When TTC receives LPU(N) (limit the number of premium users to N) message from another TTC or SMS 2550, the TTC limits the number of premium users to N 2551.

FIG. 26 illustrates the SMS operation for detection and after detecting unexpected communications patterns. When SMS receives registration (R) message from TFG 2610, the SMS updates the number of premium users (PU(N)) 2611. When SMS receives attack location (A(L)) message from TFG, another TTC, SMS 2620, the SMS sends attack location of the attack 2621. When SMS receives D/E (disable/enable) non-premium users message from another TTC or SMS 2630, the SMS enable/disable, accordingly, non-premium service users 2631.

The network management system, is illustrated in FIG. 21, FIG. 23, FIG. 24, FIG. 25, and FIG. 26, and comprises: a plurality of trusted flow generator (TFG) subsystems 110TFG, a plurality of trusted tag checker (TTC) subsystems 120TTC, and a plurality of secure management server (SMS) subsystems 160SMS. Each of the TFG subsystems sends and receives management messages and selectively generates security tag vectors (STVs) 711. Each of the STVs is generated responsive to compliance logic, which are part of each of the TFG, a and each STV 711 is associated with each respective one of the data packet headers.

Each of the TTC subsystems 120TTC, that is part of the system illustrated in FIG. 21, FIG. 23, FIG. 24, FIG. 25, and

36

FIG. 26, sends and receives management messages and selectively generates a comparison tag for comparison to the security tag vector 711 for each respective one of the received data packets 111. The network management system sends and receives management messages over a communications network that is used for coupling the data packets, the plurality of TFG subsystems, the plurality of TTC subsystems and SMS subsystems. Each of the TFG subsystems is comprised of logic comprised of packet processing, rules of transmission and security tag generation.

In the network management system as illustrated in FIG. 21, FIG. 23, FIG. 24, FIG. 25, and FIG. 26, each of the TTC subsystems sends a count message that provides a report of a count of how many TFG subsystems are coupled for transmission of data packets 111 through the TTC subsystems. Each TFG subsystem is considered as a premium user. The TTC subsystems upon receiving the count messages with the number of premium users (or TFG subsystems) from other TTC subsystems sum them up into a TTC number of premium users—PU(N)—see the table in FIG. 23. When PU(N) exceeds a predefined threshold the TTC subsystem sends a notification message to the SMS subsystem. The notification message can be one of two types: (A1) D/E: disable/enable non-premium users and (A2) LPU(N): limit the number of premium users—as shown in FIG. 23.

The SMS and TTC subsystems send update information for the rules of transmission and security tag vector generation of selected ones of the TFG subsystems. The update information to the rules of transmission and security tag vector generation is sent as part of the HP (hidden program) message—as shown in FIG. 23. The SMS subsystem sends a renewable information to the rules of transmission and security tag vector 711 generation of selected one of the TFG subsystems. The update information and the renewable information are sent as illustrated in FIG. 10.

The data packets are divided into two groups: a first group of the data packets, from premium users, which are communicated with respective ones of the security tags vector 711; and a second group of the data packets, from non-premium users, which are communicated without respective ones of the security tags vector.

The SMS subsystem is responsive to the received management messages, as illustrated in FIG. 23, for controlling the flow of the data packets on the communications network 150. The plurality of TTC subsystems 120TTC provide report count message with the number of premium users PU(N), wherein each premium user generates and sends data packets with security tag vectors from TFG subsystem 110TFG. The SMS subsystem is responsive to the PU(N) messages from the plurality of TTC subsystems for controlling flow of the data packets in the communications network 150. The SMS subsystem is disabling and enabling the flow of the data packets responsive to the report count messages—PU(N)s. The SMS subsystem limits, to a predefined number, the flow of the data packets responsive to the report count messages PU(N). The SMS subsystem is disabling and enabling at least one of: first group of the data packets and second group of the data packets, wherein the first group of the data packets originated from a set of premium users. The SMS subsystem limits, to a predefined number, at least one of: first group of the data packets and second group of the data packets.

The SMS monitors the received messages from the TTC subsystems to detect an attack pattern responsive to attack analysis logic. The attack analysis logic consists of the data packets traffic load over all links of the communications

US 7,305,704 B2

37                                                38

network **150**. The attack analysis logic gets as input at least one of: type of data packets sent by TFG subsystems **110**TFG, type of data packets received by TTC subsystems **120**TTC, number of data packets sent by TFG subsystems, rate of data packets sent by TFG subsystems, number of data packets received by TTC subsystems, rate of data packets received by TTC subsystems, sources of data packets sent by TFG subsystems, sources of data packets received by TTC subsystems, destinations of data packets sent by TFG subsystems, destinations of data packets received by TTC subsystems, routes of data packets sent by TFG subsystems, and routes of data packets received by TTC subsystems.

The attack analysis logic is responsive to its input and determines selected control messages, as illustrated in FIG. **23**, to be sent to respected ones of plurality of TTC subsystems and respected ones of plurality of TFG subsystems. The attack analysis logic responsive to its input, and the data packets traffic load over all links of the communications network **150**, determines the attack location. The attack analysis logic responsive attack location sends selected control messages as illustrated in FIG. **23**.

The selected control messages determine, for each TTC subsystem, at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, limiting the second group of the data packets; wherein the first group of the data packets corresponds to premium users generating data packets from TFG subsystems **110**TFG, and wherein the second group of the data packets were generated by non-premium users.

The selected control messages, as illustrated in FIG. **23**, further determine (for each TFG subsystem and/or for each TTC subsystem) at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

The send and receive management messages, as illustrated in FIG. **23**, contain at least on of: an authentication field, a digital signature field, a time-stamp field, an encrypted field, an encrypted portion of the message, and a keying information field.

The Authenticate Challenge Request and Response operation:

FIG. **27** is an illustration of an embodiment of the present invention, wherein a system that consists of a TFG challenge controller sends authenticate challenge request messages to users and programs and receives back authenticate challenge response messages, and only when the responses match the challenge requests, will the system generate and send data packets with security tag vectors.

The secured network management system illustrated in FIG. **27**, is manages the communications of data packets. The system comprises: a plurality of trusted flow generator (TFG) subsystems; a plurality of trusted tag checker (TTC) subsystems; and a plurality of secure management server (SMS) subsystems.

In said system, each of the TFG subsystems sends and receives messages and selectively generates a security tag vectors **711**, responsive to compliance logic for association with each respective one of the data packets.

The system illustrated in FIG. **27** includes a communications network for coupling the data packets, the plurality of TFG subsystems, and the plurality of TTC subsystems; and wherein each of the TFG subsystems **110**TFG is comprised

of logic comprised of packet processing, rules of transmission and security tag vector **711** generation; wherein the TFG subsystem further comprises a TFG challenge controller **2710**.

The TFG challenge controller **2710** further comprises a communication subsystem for interaction with users and programs that produce inputs for packet processing; wherein the communication subsystem sends a challenge message **2711** to users and programs that produce inputs for packet processing; wherein challenge message **2711** comprises at least one of: a cryptographic field, an encryption field, a clear text field, a request for users to perform a task using a keyboard, a request for users to perform a task using a mouse, a request for users to perform a task using a biometrics reader, a request for users to perform a task using a terminal input function, requesting an answer to a verbal question, requesting an answer to an audiovisual question, requesting an answer to a previously stored data item, requesting an answer related to published information within the user and the program computing subsystems, requesting payment, requesting digital form of payment, requesting a credit card number, requesting information retrievable from a smart card, requesting information retrievable from a portable device, an activation of a sensor enabling the receipt of sensory information, and requesting information based on means of computing received from the SMS subsystem.

The TFG challenge controller **2710** receives a response message **2712** from users and programs that produce input for packet processing; wherein response message **2712** comprises at least one of: a cryptographic field, an encryption field, a clear text field, a response to a request for users to perform a task using a keyboard, a response to a request for users to perform a task using a mouse, a response to a request for users to perform a task using a biometrics reader, a response to a request for users to perform a task using a terminal input function, a response to a message requesting an answer to a verbal question, a response to a message requesting an answer to an audiovisual question, a response to a message requesting an answer to a previously stored data item, a response to a message requesting an answer related to published information within the user and the program computing subsystems, a response with payment, a response with a digital form of payment, a response with a credit card number, a response with information retrievable from a smart card, a response with information retrievable from a portable device, a response with a signal, a response with a radio signal, a response with a wireless signal, a response with an RF information, a response with an IR information, response with sensory information, response with audio information, response with olfactory information, and an answer to a message requesting information based on means of computing received from the SMS subsystem.

As illustrated in FIG. **27**, the TFG challenge controller **2710** allows user and program input to be used in packet processing responsive to a response message **2712** received from user and program. The TFG challenge controller **2710** does not allow user and program input to be used in packet processing responsive to a failed response message **2712** received from user and program.

The TFG subsystem **110**TFG selectively generates data packets with security tags responsive to the response messages **2712** that successfully answered the challenge request **2711**. The TFG subsystem is then sending the data packets with security tags **711** to the TTC subsystem **120**TTC. The

US 7,305,704 B2

39

TTC subsystem upon receiving the data packet from the TFG subsystem is validating the data packet by analyzing the security tag **711**.

The TTC subsystem further comprises: means for mapping the data packet with security tags **711** to a first communications class of service responsive to the validating the data packet and verifying the respective security tag **711**; and means for mapping the data packet to a second communications class of service responsive to the validating the data packet with security tags resulting in failed verifying of the security tag **711**. Then the TTC subsystem couples the data packets of the first communications class of service for further communication therefrom. The TTC subsystem denies further communications therefrom of the data packets of the second communications class of service. The TTC subsystem stores the second communications class of service in local storage without further transmission. In another embodiment of the present invention, the TTC subsystem sends the data packet of the second communications class of service is at a lower priority level than the data packets of the first communications class of service.

The IP Virtual Private Network Functional Operation:

FIG. **28** illustrates a system that generates and sends data packets with security tag vectors **711** over IP (Internet protocol) VPN (virtual private network) connection **2810** through a network interface, e.g., firewall, classifier, and policer, while mapping data packets with verified security tag vectors **111** to premium service. Consequently, the data packets that were generated and sent from an untrusted computing environment at the end station are to be trusted once the respective security tag vectors **711** have been verified.

The VPN connection **2810** is created by using a trusted flow generator (TFG) **110**TFG and a trusted tag checker **120**TTC as was specified in details in the respective description of FIG. **8**, FIG. **9**, FIG. **10** and FIG. **11**.

From the foregoing, it will be observed that numerous variations and modifications may be effected without departing from the spirit and scope of the present invention. It is to be understood that no limitation with respect to the specific apparatus illustrated herein is intended or should be inferred. It is, of course, intended to cover by the appended claims all such modifications as fall within the scope of the claims.

What is claimed is:

**1**. A system for validating proper execution of software modules on a computing subsystem at a remote location, the system comprising:

means for validating proper execution of respective software modules via messages that flow from a respective remote location via a flow of communication of security tags, the means for validating further comprising at least one a trusted flow generator (TFG) subsystem, each comprising trusted software for executing on a first computing subsystem at a remote network location;

at least one validating location comprising a second computing subsystem executing trusted tag checker software to provide a trusted tag checker (TTC) subsystems;

wherein each of the respective TFG subsystems locally generates a sequence of security tags, responsive to compliance logic that generates a valid sequence of security tags responsive only to proper execution of each said respective software module;

a communications network for coupling the locally generated security tags, between the TFG subsystems, and the respective TTC subsystems;

40

wherein the TFG subsystems is comprised of logic providing for execution of the respective software modules responsive to rules of transmission and for generating the sequence of the security tags;

wherein the TTC subsystem provides logic operating on the second computing subsystem providing for locally providing its own sequence of security tags on the TTC subsystem; and

wherein the TTC subsystem thereafter provides for validating proper execution of the respective software modules responsive to comparing the sequence of locally provided security tags as against the sequence of security tags generated by the respective TFG subsystem at the respective remote node location, wherein the TTC subsystem validates proper execution, without variation, of the respective software modules at the respective remote node location, responsive to the comparing.

**2**. The system as in claim **1**, wherein each of the TTC subsystems sends and receives messages and selectively generates a comparison tag for comparison to the security tag for each respective one of the data packets; and

wherein the plurality of TFG subsystems and the plurality of TTC subsystems exchange predefined messages.

**3**. The system as in claim **2**, wherein at least one of the TTC subsystem sends a count message that provides a report of a count of how many TFG subsystems are coupled for transmission of the data packets to the respective at least one of the TTC subsystems.

**4**. The system as in claim **3**, wherein the TTC subsystems upon receiving the count messages from at least one of the TTC subsystems sum them up into a TTC count.

**5**. The system as in claim **4**, wherein responsive to the TTC count exceeding a predefined threshold the TTC subsystem sends a notification message to a secure management server (SMS) subsystem.

**6**. The system as in claim **5**, wherein responsive to the notification message the SMS subsystem sends a disable message to selected ones of the TTC subsystems.

**7**. The system as in claim **2**, wherein a secure management server (SMS) subsystem sends an update information to the rules of transmission and security tag generation of selected one of the TFG subsystems.

**8**. The system as in claim **2**, wherein a secure management server (SMS) subsystem sends renewal information to the rules of transmission and security tag generation of selected one of the TFG subsystems.

**9**. The system as in claim **2**, wherein there are a first group of the data packets which are communicated with respective ones of the security tags; and

wherein there are a second group of the data packets which are communicated without respective ones of the security tags.

**10**. The system as in claim **2**, wherein a secure management server (SMS) subsystem sends and receives management messages.

**11**. The system as in claim **2**, wherein a secure management server (SMS) subsystem further comprising of a plurality of management modules; wherein selected ones of the plurality of management modules operate on at least one of a dedicated computing subsystem, and a TTC subsystem.

**12**. The system as in claim **2**, further comprising:

wherein at least one of a plurality of security management servers (SMS) is coupled to the communication network which sends and receives messages; and

US 7,305,704 B2

41

wherein the respective SMS is responsive to the received messages for controlling the flow of the data packets on the communications network.

**13**. The system as in claim **12**, wherein there are a plurality of TTC subsystems, each of which provides a respective report count message; and

wherein the at least one SMS subsystem is responsive to the report count messages from the plurality of TTC subsystems for controlling flow of the data packets in the communications network.

**14**. The system as m claim **13**, wherein the SMS subsystem is disabling and enabling the flow of the data packets responsive to the report count messages.

**15**. The system as in claim **13**, wherein the SMS subsystem provides for limiting to a predefined number the flow of the data packets responsive to the report count messages.

**16**. The system as in claim **13**, wherein the SMS subsystem provides for selectively disabling and enabling at least one of: a first group of the data packets and a second group of the data packets.

**17**. The system as in claim **16**, wherein the first group of the data packets is originated from a set of premium users.

**18**. The system as in claim **13**, wherein the SMS subsystem is limiting to a predefined number at least one of: a first group of the data packets and a second group of the data packets.

**19**. The system as in claim **12**, wherein the SMS monitors the received messages from the TTC subsystems to detect an attack pattern responsive to attack analysis logic.

**20**. The system as in claim **19**, wherein the attack analysis logic is responsive to input from at least one of: type of data packets sent by the TFG subsystems, type of data packets received by the TTC subsystems, number of data packets sent by the TFG subsystems, rate of data packets sent by the TFG subsystems, number of data packets received by the TTC subsystems, rate of data packets received by the TTC subsystems, sources of data packets sent by the TFG subsystems, sources of data packets received by the TFG subsystems, destinations of data packets sent by the TFG subsystems, destinations of data packets received by the TTC subsystems, routes of data packets sent by the TFG subsystems, and routes of data packets received by the TTC subsystems.

**21**. The system as in claim **20**, wherein the attack analysis logic is responsive to the input for determining selected control messages to be sent to respected ones of the plurality of the TTC subsystems and respected ones of the plurality of the TFG subsystems.

**22**. The system as in claim **20**, wherein the attack analysis logic, responsive to the input, determines an attack location.

**23**. The system as in claim **22**, wherein the attack analysis logic sends selected control messages responsive to the attack location.

**24**. The system as in claim **23**, wherein the selected control messages determine for each of the TTC subsystems at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**25**. The system as in claim **21**, wherein the selected control messages provide for at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

42

**26**. The system as in claim **21**, wherein the selected control messages determine for each of the TFG subsystems at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**27**. The system as in claim **21**, wherein the selected control messages determine for each of the TTC subsystems at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**28**. The system as in claim **2**, wherein the send and receive messages contain at least one of: an authentication field, a digital signature field, a time-stamp field, an encrypted field, an encrypted portion of the message, and a keying information field.

**29**. The system as in claim **1**, wherein the TFG subsystem is further comprised of a TFG challenge controller comprising a communication subsystem for interaction with users and programs that produce inputs for packet processing.

**30**. The system as in claim **29**, wherein the communication subsystem sends a challenge message to the users and the programs that produce the inputs for packet processing.

**31**. The system as in claim **30**, wherein the challenge message is comprised of at least one of: a cryptographic field, an encryption field, a clear text field, a request for users to perform a task using a keyboard, a request for users to perform a task using a mouse, a request for users to perform a task using a biometrics reader, a request for users to perform a task using a terminal input function, requesting an answer to a verbal question, requesting an answer to an audiovisual question, requesting an answer to a previously stored data item, requesting an answer related to published information within the user and the program computing subsystems, requesting payment, requesting digital form of payment, requesting a credit card number, requesting information retrievable from a smart card, requesting information retrievable from a portable device, an activation of a sensor enabling the receipt of sensory information, and requesting information based on means of computing received from the TTC subsystem.

**32**. The method as in claim **1**, wherein the TFG challenge controller receives a response message from users and programs that produce input for packet processing.

**33**. The system as in claim **32**, wherein the response message is comprised of at least one of: a cryptographic field, an encryption field, a clear text field, a response to a request for users to perform a task using a keyboard, a response to a request for users to perform a task using a mouse, a response to a request for users to perform a task using a biometrics reader, a response to a request for users to perform a task using a terminal input function, a response to a message requesting an answer to a verbal question, a response to a message requesting an answer to an audiovisual question, a response to a message requesting an answer to a previously stored data item, a response to a message requesting an answer related to published information within the user and the program computing subsystems, a response with payment, a response with a digital form of payment, a response with a credit card number, a response with information retrievable from a smart card, a response with information retrievable from a portable device, a response with a signal, a response with a radio signal, a response with a wireless signal, a response with an RE information, a

US 7,305,704 B2

43

response with an IR information, response with sensory information, response with audio information, response with olfactory information,and an answer to a message requesting information based on means of computing received from the SMS subsystem.

**34**. The system as in claim **1**, wherein the TFG challenge controller provides for user and program input to be used in packet processing responsive to a response message received from a user and a program.

**35**. The system as in claim **1**, wherein the TFG challenge controller does not allow user and program input to be used in packet processing responsive to a response message received from user and program.

**36**. The system as in claim **33**, wherein the TFG subsystems selectively generates data packets with security tags responsive to the response messages.

**37**. The system as in claim **36**, wherein the TTC subsystem validates the security tags responsive to the TFG subsystem.

**38**. The system as in claim **37**, further comprising:
means for mapping the data packet with security tags to a first communications class of service responsive to the validating the respective security tags; and
means for mapping the data packet to a second communications class of service responsive to a failure of the validating of the security tags.

**39**. The system as in claim **38**, wherein the first communications class of service is coupling the data packet for further communication therefrom.

**40**. The system as in claim **39**, wherein the second communications class of service is denial of further communication therefrom.

**41**. The system as in claim **39**, wherein the second communications class of service is local storage without further transmission.

**42**. The system as in claim **39**, wherein the second communications class of service is at a lower priority level than the first communications class of service.

**43**. The system as in claim **42**, wherein the priorities are determined responsive to set bits within the security tag.

**44**. A method for validating proper execution of software modules at a remote location, the method comprising:
executing trusted software on a first computing subsystem providing a TFG subsystem, at a remote node location;
generating a sequence of security tags, responsive to compliance logic that generates a valid sequence of security tags responsive only to proper execution of each said respective software module;
validating the execution of respective software modules, from said remote node location, at said at least one validating location, each said validating location comprised of trusted tag checker software executing on a second computing subsystem to provide a trusted tag checker (TTC) subsystem;
providing for execution of the respective software modules on the TFG subsystem, responsive to rules of transmission for generating a respective sequence of security tags; and
coupling the respective sequence of security tags generated by the TFG subsystem to the trusted tag checker (TTC) subsystem;
locally providing from each said respective TTC subsystem, a TTC sequence of security tags associated with proper execution of the respective software modules responsive to rules of transmission for generating the sequence of security tags; and

44

validating at the TTC subsystem, proper execution without variation of the respective software modules at the respective remote node location, responsive to validating the TTC sequence of security tags provided by the TTC subsystem relative to the sequence of security tags generated by the TFG subsystem.

**45**. The method as in claim **44**, wherein the sending and receiving messages is from at least one trusted flow generator (TFG) subsystem, the method further comprising:
sending and receiving messages and selectively generating a comparison tag for comparison to the security tag for each respective one of the security tags, in at least one trusted tag checker (TTC) subsystem.

**46**. The method as in claim **45**, further comprising:
sending a count message from at least one of the TTC subsystems that provides a report of a count of how many TFG subsystems are coupled for transmission of the security tags to the respective at least one of the TTC subsystems.

**47**. The method as in claim **46**, further comprising:
receiving the count messages from at least one of the TTC subsystems; and summing up the count messages into a TTC count.

**48**. The method as in claim **47**, further comprising:
sending a notification message responsive to the TTC count exceeding a predefined threshold.

**49**. The method as in claim **48**, further comprising:
sending a disable message to selected ones of the TTC subsystems responsive to the notification message.

**50**. The method as in claim **45**, further comprising:
sending update information to the rules of transmission and security tag generation of selected one of the TFG subsystems.

**51**. The method as in claim **45**, further comprising:
sending renewal information to the rules of transmission and security tag generation of selected one of the TFG subsystems.

**52**. The method as in claim **45**, further comprising:
communicating a first group of the-data packets with respective ones of the security tags; and
communicating a second group of the-data packets without respective ones of the security tags.

**53**. The method as in claim **45**, wherein at least one secure management server (SMS) subsystems sends and receives management messages.

**54**. The method as in claim **45**, wherein a secure management server (SMS) subsystem is further comprised of a plurality of management modules; wherein selected ones of the plurality of management modules operate on at least one of: a dedicated computing subsystem, one of the TTC subsystems.

**55**. The method as in claim **45**, further comprising:
coupling to the communication network, for sending and receiving messages; and
controlling the flow of the data packets on the communications network responsive to the received messages.

**56**. The method as in claim **55**, wherein there are a plurality of the TTC subsystems, each of which provides a respective report count message; the method further comprising:
controlling flow of the security tags in the communications network responsive to the report count messages from the plurality of the TTC subsystems.

**57**. The method as in claim **56**, further comprising:
disabling and enabling the flow of the security tags responsive to the report count messages.

**45**

**58**. The method as in claim **56**, further comprising:
limiting to a predefined number the flow of the security tags responsive to the report count messages.

**59**. The method as in claim **56**, further comprising:
disabling and enabling at least one of: a first group of the security tags and a second group of the security tags.

**60**. The method as in claim **59**, wherein the first group of the security tags originated from a set of premium users.

**61**. The method as in claim **56**, further comprising:
limiting to a predefined number at least one of: a first group of the security tags and a second group of the security tags.

**62**. The method as in claim **55**, further comprising:
monitoring the received messages from the TTC subsystems to detect an attack pattern responsive to the attack analysis logic.

**63**. The method as in claim **62**, wherein the attack analysis logic gets as input at least one of: type of data packets sent by the TFG subsystems, type of data packets received by the TTC subsystems, number of data packets sent by the TFG subsystems, rate of data packets sent by the TFG subsystems, number of data packets received by the TTC subsystems, rate of data packets received by the TTC subsystems, sources of data packets sent by the TFG subsystems, sources of data packets received by the TTC subsystems, destinations of data packets sent by the TFG subsystems, destinations of data packets received by the TTC subsystems, routes of data packets sent by the TFG subsystems, and routes of data packets received by the TTC subsystems.

**64**. The method as in claim **63**, further comprising:
determining selected control messages to be sent to respective ones of the plurality of the TTC subsystems and respective ones of the plurality of the TFG subsystems by the attack analysis logic responsive to its input.

**65**. The method as in claim **63**, further comprising:
determining an attack location responsive to the input to the attack analysis logic.

**66**. The method as in claim **65**, further comprising:
sending selected control messages from the attack analysis logic responsive to the attack location.

**67**. The method as in claim **66**, wherein the selected control messages determine for each of the TTC subsystems at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**68**. The method as in claim **64**, wherein the selected control messages determine at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**69**. The method as in claim **64**, wherein the selected control messages determine for each TFG subsystem at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**70**. The method as in claim **64**, wherein the selected control messages determine for each TTC subsystem at least one of: disabling the first group of the data packets, disabling the second group of the data packets, enabling the first group

**46**

of the data packets, enabling the second group of the data packets, limiting the first group of the data packets, and limiting the second group of the data packets.

**71**. The method as in claim **45**, wherein the send and receive messages contain at least on of: an authentication field, a digital signature field, a time-stamp field, an encrypted field, an encrypted portion of the message, and a keying information field.

**72**. The method as in claim **44**, further comprising:
controlling interaction with users and programs that produce inputs for packet processing via a TFG challenge controller communication subsystem that sends a challenge message to the users and the programs that produce the inputs for packet processing.

**73**. The method as in claim **72**, wherein challenge message comprising at least one of:
a cryptographic field, an encryption field, a clear text field, a request for users to perform a task using a keyboard, a request for users to perform a task using a mouse, a request for users to perform a task using a biometrics reader, a request for users to perform a task using a terminal input function, requesting an answer to a verbal question, requesting an answer to an audiovisual question, requesting an answer to a previously stored data item, requesting an answer related to published information within the user and the program computing subsystems, requesting payment, requesting digital form of payment, requesting a credit card number, requesting information retrievable from a smart card, requesting information retrievable from a portable device, an activation of a sensor enabling the receipt of sensory information, and requesting information based on means of computing received from the SMS subsystem.

**74**. The method as in claim **72**, wherein the TFG challenge controller receives a response message from users and programs that produce input for packet processing.

**75**. The method as in claim **74**, wherein the response message is comprised of at least one of:
a cryptographic field, an encryption field, a clear text field, a response to a request for users to perform a task using a keyboard, a response to a request for users to perform a task using a mouse, a response to a request for users to perform a task using a biometrics reader, a response to a request for users to perform a task using a terminal input function, a response to a message requesting an answer to a verbal question, a response to a message requesting an answer to an audiovisual question, a response to a message requesting an answer to a previously stored data item, a response to a message requesting an answer related to published information within the user and the program computing subsystems, a response with payment, a response with a digital form of payment, a response with a credit card number, a response with information retrievable from a smart card, a response with information retrievable from a portable device, a response with a signal, a response with a radio signal, a response with a wireless signal, a response with an RF information, a response with an IR information, response with sensory information, response with audio information, response with olfactory information, and an answer to a message requesting information based on means of computing received from the SMS subsystem.

US 7,305,704 B2

47

48

**76**. The method as in claim **72**, further comprising: utilizing user and program input in packet processing responsive to a response message received from a user and a program.

**77**. The method as in claim **72**, further comprising: preventing utilization of user and program input in packet processing responsive to a response message received from a user and a program.

**78**. The method of claim **75**, further comprising: selectively generating data packets with security tags responsive to the response messages.

**79**. The method as in claim **78**, further comprising: validating the data packet by analyzing the security tag responsive to receiving the data packet.

**80**. The method as in claim **79**, further comprising:
mapping the data packet with security tags to a first communications class of service responsive to the validating the data packet and verifying the respective security tag; and
mapping the data packet to a second communications class of service responsive to the validating the data packet with security tags resulting in failed verifying of the security tag.

**81**. The method as in claim **80**, further comprising:
coupling the data packet for further communication therefrom in the first communications class of service.

**82**. The method as in claim **81**, further comprising:
denying further communication therefrom in the second communications class of service.

**83**. The method as in claim **81**, further comprising:
providing local storage of the data packet without further transmission in the second communications class of service.

**84**. The method as in claim **81**, further comprising:
providing the second communications class of service at a lower priority level than the first communications class of service.

**85**. The method as in claim **84**, further comprising:
determining relative priorities of the first and the second communications class of service responsive to set bits within the data packet.

*   *   *   *   *