# EXHIBIT 2

## EVIDENCE OF USE FOR U.S. PATENT NO. US7305704

Title: Management of trusted flow system

Application No.: 10/219,380

Filing Date: 2002-08-14

Issue Date: 2007-12-04

**Accused Product/Standard:**



Source: https://www.hexnode.com/marketplace/products/nokia-oemconfig/

## Android Enterprise

Android Enterprise, previously known as Android for Work, unlocks a wide range of features that helps the enterprise intensify its security capabilities. Exercise an extended level of control over the entire device, starting from a simplified deployment with QR code or ZTE. With Android Enterprise, you can leverage multi-level security that starts from the hardware up. Android devices utilize a Trusted Execution Environment (TEE) to run security sensitive operations and verify the integrity of the device on each start-up with Verified Boot. Android Enterprise

Source:  https://www.hexnode.com/mobile-device-management/android-enterprise/

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 44. A method for validating proper execution of software modules at a remote location, the method comprising: | Nokia device is using Hexnode UEM app to communicate with Hexnode MDM server for validating the execution of software modules.<br><br><br><br>Source: https://www.hexnode.com/marketplace/products/nokia-oemconfig/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Supported OEMConfig Apps** |
| | Currently, Hexnode UEM supports the following OEMConfig apps: |
| | HMD Global — OEMConfig for Nokia |
| | Source:  https://www.hexnode.com/mobile-device-management/help/how-to-configure-android-enterprise-devices-with-oemconfig-using-hexnode-mdm/ |
| | **How do policies work for Hexnode UEM? How to set them up? Disable them?** |
| | A policy is a set of configurations and restrictions designed to manage and secure devices enrolled in Hexnode UEM. Enterprises need to implement an effective UEM policy to monitor their devices and ensure that their employees are using them on the right track. |

| Claim Language | Evidence of Infringement |
|---|---|
| | With Hexnode, you can associate a single policy to define configurations for all device platforms. The settings specific for a platform will be automatically attached to the devices on that platform. |
| | Hexnode UEM also allows you to automatically attach policies to newly added devices that satisfy pre-defined conditions. You can assign multiple policies to a device. If the same configurations from different policies are attached to a device, Hexnode automatically assigns the most restrictive configuration to that device. You can also check the integrity of these policies on your devices using regular compliance checks. |
| | Source: https://www.hexnode.com/mobile-device-management/help/how-do-policies-work-for-hexnode-mdm-how-do-i-set-them-up-disable-them/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | # How to Configure Compliance Settings?<br><br>The compliance status of a device indicates whether it meets the list of requirements enforced by the organization. With Hexnode, you can define a host of rules and settings to ensure an optimal level of security and conformity with your corporate regulations.<br><br>Hexnode UEM flags a device as non-compliant if it fails any of the selected compliance checks. The **Device compliance** pane and **Non-compliant widgets** on the dashboard keeps you updated with key metrics. The Compliant devices report lets you precisely document compliance for audits. You can also use Dynamic grouping to automatically round-up the non-compliant devices in a separate group to take quick remedial actions.<br><br>Source:      https://www.hexnode.com/mobile-device-management/help/how-to-configure-compliance-settings-in-hexnode-mdm/ |

| Claim Language | Evidence of Infringement |
|---|---|
| executing trusted software on a first computing subsystem providing a TFG subsystem, at a remote node location; | The Nokia Android devices are associated with Android Enterprise. And Android enterprise has in-built Trusted Execution Environment (TEE). The TEE offers a safe execution space for software (= trusted software).  The Android app configuration functionality of Hexnode, OEM-specific features can be configured for Nokia enterprise devices (=first computing subsystem). The OEM is associated with Hexnode UEM App (=TFG subsystem). The UEM App is installed in the targeted devices.<br><br>Overview    Features    Company<br><br>Android Enterprise Recommended HMD Global smartphones offer extensive multi-layer security against digital threats. They assure security, manageability, and reliability to employees and businesses. Leveraging the Android app configuration functionality of Hexnode, OEM-specific features can be configured for Nokia enterprise devices. Delivering the most advanced Android Enterprise features, Hexnode simplifies the deployment experience for HMD Global devices.<br><br>Source: https://www.hexnode.com/marketplace/products/nokia-oemconfig/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | # Android Enterprise<br><br>Android Enterprise, previously known as Android for Work, unlocks a wide range of features that helps the enterprise intensify its security capabilities. Exercise an extended level of control over the entire device, starting from a simplified deployment with QR code or ZTE. With Android Enterprise, you can leverage multi-level security that starts from the hardware up. Android devices utilize a Trusted Execution Environment (TEE) to run security sensitive operations and verify the integrity of the device on each start-up with Verified Boot. Android Enterprise<br><br>Source:  https://www.hexnode.com/mobile-device-management/android-enterprise/<br><br>## Hexnode's Architecture for Android devices<br><br>Hexnode provides extensive management functions for Android 4.1+ devices. The Hexnode UEM app is the end-user component that acts as the agent app for communication between the MDM server and the Android devices. With this agent app installed on the Android devices, an admin can remotely define configurations, check device compliances, wipe, or lock devices, etc. Ensure to keep the required ports open for managing Android devices.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/hexnode-mdm-architecture/ |

| Claim Language | Evidence of Infringement |
|---|---|
| generating a sequence of security tags, responsive to compliance logic that generates a valid sequence of security tags responsive only to proper execution of each said respective software module; | In this case, when a certificate is signed by the hash algorithms, a digital certificate (=generating a sequence of security tags) is formed for the validation process. These certificates are associated with policies. Using policies, compliance checks (= proper execution of each said respective software module) on the devices can be performed.<br><br>## Architecture<br><br>Hexnode employs different encryption methodologies to secure the communication between devices and the server. Managed Android devices communicate with the server using standard HTTPS protocol with strict certificate validation. The digital certificates are signed using strong hash algorithms and are thus highly immune to fraudulency. iOS and Windows devices use TLS based authentication to connect to the server.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/hexnode-cloud-infrastructure-security/ |

| Claim Language | Evidence of Infringement |
|---|---|
|  | # How to Add Certificates for Android Devices<br><br>A certificate contains digital data that can secure and authenticate your users to access corporate resources through VPN, Wi-Fi, etc. In addition, it can secure network connections, validate email communications and authenticate users to seamlessly access data.<br><br>IT administrators can now leverage the security features in Hexnode UEM to remotely add identity certificates and certificate authorities to Android devices. Once a certificate is uploaded to a policy, it is readily available for use in every other configuration within the same policy where certificate selection is required.<br><br>## Add Certificate<br><br>1. Log in to your Hexnode UEM Portal.<br>2. Go to **Policies**.<br>3. Select an existing policy or create a new one by clicking on **New Policy**.<br>4. From **Android > Security**, select **Certificates** and click on **Configure**.<br>5. Configure the following option, if necessary:<br>   - **Remove all user installed trusted credentials**: Check this option to remove all the trusted CA certificates installed by the user and thereby avoid any malicious certificates. Enabling this option will not remove any system CA certificates and certificates installed via the policy. This option is disabled by default.<br>6. Click on **Add Certificate** and upload the credential certificate. |

| Claim Language | Evidence of Infringement |
|---|---|
| | Source:   https://www.hexnode.com/mobile-device-management/help/how-to-add-certificates-for-android-devices-using-hexnode-mdm/ <br><br> **How do policies work for Hexnode UEM? How to set them up? Disable them?** <br><br> A policy is a set of configurations and restrictions designed to manage and secure devices enrolled in Hexnode UEM. Enterprises need to implement an effective UEM policy to monitor their devices and ensure that their employees are using them on the right track. <br><br> Hexnode UEM has a multitude of policy configurations and restrictions for iOS, Android, Windows, macOS, and Apple TVs. The admin can associate these policies to devices, users, groups, or domains with zero user intervention. <br><br> With Hexnode, you can associate a single policy to define configurations for all device platforms. The settings specific for a platform will be automatically attached to the devices on that platform. |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Hexnode UEM also allows you to automatically attach policies to newly added devices that satisfy pre-defined conditions. You can assign multiple policies to a device. If the same configurations from different policies are attached to a device, Hexnode automatically assigns the most restrictive configuration to that device. You can also check the integrity of these policies on your devices using regular compliance checks.<br><br>Source:        https://www.hexnode.com/mobile-device-management/help/how-do-policies-work-for-hexnode-mdm-how-do-i-set-them-up-disable-them/ |

| Claim Language | Evidence of Infringement |
|---|---|
| validating the execution of respective software modules, from said remote node location, at said at least one validating location, each said validating location comprised of trusted tag checker software executing on a second computing subsystem to provide a trusted tag checker (TTC) subsystem; | The Hexnode UEM app executing on the MDM server (=a second computing subsystem at a validating location), receives the certificates (=security tags) from the device. The MDM server (trusted tag checker) validates the certificates produced from the execution of respective software modules and produces Attestation report.<br><br>**About Hexnode UEM**<br><br>*Hexnode UEM (Unified Endpoint Management) is an all-in-one solution for IT admins to manage and secure their organization's mobile devices and apps across multiple platforms. It offers a centralized dashboard for device management, app deployment, and secure resource distribution, with features like passcode policies, encryption, and remote wipe capabilities.*<br><br>Source: https://www.hexnode.com/blogs/the-kind-of-day-you-have-on-unlocking-the-full-power-of-hexnode-uem/<br><br>## What is Hexnode MDM app?<br><br>The Hexnode MDM app is the agent app used to establish the device-server communication required for managing iOS and macOS devices. In Android devices, it is known as the Hexnode UEM app. With this agent app installed on your devices, Hexnode can remotely set up device configurations, enforce security measures, simplify app management, execute remote actions, and lock down your devices in kiosk modes.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/what-is-hexnode-mdm-app/ |

| Claim Language | Evidence of Infringement |
|---|---|
| | ## Architecture <br><br> To remotely administer the device and let the organization manage it, you must enroll it in Hexnode. We support the enrollment of both personal and corporate devices that are used for work. The unified device management console lets you centrally manage and seamlessly secure the entire device fleet. <br><br> # How to view and monitor device details in Hexnode UEM <br><br> With Hexnode, you can have a hawk's eye view of all your managed devices and apply granular management controls over the air. Its monitoring capabilities make sure that the endpoints always adhere to the organizational policies. The device details page in Hexnode offers effortless management of Apple, Android, and Windows devices. <br><br> ## Device details page <br><br> The device details page houses the complete information about a device, such as its user, compliance info, number of installed applications, policies applied to it, and much more. It opens up a plethora of management and monitoring capabilities that can be executed from a single window. <br><br> Source:   https://www.hexnode.com/mobile-device-management/help/how-to-view-and-monitor-device-details-in-hexnode-uem/ |

| Claim Language | Evidence of Infringement |
|---|---|
| providing for execution of the respective software modules on the TFG subsystem, responsive to rules of transmission for generating a respective sequence of security tags; and | Nokia Android Devices (=TFG subsystem) generates digital certificates (=respective sequence of security tags) and provides the tags to the MDM server for validation.<br><br>## Architecture<br><br>Hexnode employs different encryption methodologies to secure the communication between devices and the server. Managed Android devices communicate with the server using standard HTTPS protocol with strict certificate validation. The digital certificates are signed using strong hash algorithms and are thus highly immune to fraudulency. iOS and Windows devices use TLS based authentication to connect to the server.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/hexnode-cloud-infrastructure-security/<br><br>## How to Create, Modify, Delete, Clone or Archive Policies?<br><br>A policy is a set of configurations, restrictions and apps that are defined first and then applied across a range of devices, users and groups within Hexnode UEM. You can either create a new policy, modify an existing policy, clone a policy, archive a policy, or delete a policy if not required. |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Create New Policy**<br><br>Steps to create a new policy<br><br>1. Log in to your Hexnode UEM Portal.<br>2. Go to **Policies**.<br>3. Click **New Policy**.<br>4. A pop-up appears from where you can select from the existing templates or click **New Blank Policy**.<br>5. It will take you to the policy creation page.<br>    • **Policy Name**: Provide a suitable name to identify the policy.<br>    • **Description**: Provide a brief description about the policy. |

| Claim Language | Evidence of Infringement |
|---|---|
| | 6. Depending upon the type of device the users have, select the appropriate settings.<br><br>   • iOS.<br>   • Android.<br>   • Windows.<br>   • macOS.<br>   • Apple TV.<br>   • Kiosk lockdown – Android kiosk lockdown, iOS kiosk lockdown, Windows kiosk lockdown, Apple TV kiosk lockdown.<br>   • General Settings.<br><br>7. Configure the required settings for the devices.<br><br>8. Click on **Save** to save the policy.<br><br>Source:  https://www.hexnode.com/mobile-device-management/help/how-to-create-modify-delete-or-clone-policies/#<br><br>## How to Add Certificates for Android Devices<br><br>A certificate contains digital data that can secure and authenticate your users to access corporate resources through VPN, Wi-Fi, etc. In addition, it can secure network connections, validate email communications and authenticate users to seamlessly access data.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/how-to-add-certificates-for-android-devices-using-hexnode-mdm/ |

| Claim Language | Evidence of Infringement |
|---|---|
| coupling the respective sequence of security tags generated by the TFG subsystem to the trusted tag checker (TTC) subsystem; | The MDM server(=TTC subsystem) receives(=coupling) the certificates (=security tags) from the device (=TFG subsystem).<br><br>## Architecture<br><br>To remotely administer the device and let the organization manage it, you must enroll it in Hexnode. We support the enrollment of both personal and corporate devices that are used for work. The unified device management console lets you centrally manage and seamlessly secure the entire device fleet.<br><br>Hexnode cloud server stores files and other client configurations in the AWS S3 and uses the EC2 instances for executing secure cloud computational tasks. The relational database services (RDS) in the AWS are used for managing scalable CRUD operations in the cloud.<br><br>Hexnode cloud supports the connectivity to the directory services like ADFS, Azure AD, Google Workspace (G Suite), and Okta for federated authentication and directory sync.<br><br>Hexnode server uses cloud notification services (APNs, FCM, or WNS) to initiate communication with the managed endpoints. The configuration data may be sent to the device either through these notification channels for iOS and Windows devices. Android devices ping the Hexnode server on receiving the notification from FCM. The server then directly sends the configurations to the devices. This configuration data is parsed and processed by the Hexnode client application (for Android and Windows) or the OS in case of iOS devices to take effect on the device.<br><br>Source: https://www.hexnode.com/mobile-device-management/help/hexnode-cloud-infrastructure-security/ |

| Claim Language | Evidence of Infringement |
|---|---|
| locally providing from each said respective TTC subsystem, a TTC sequence of security tags associated with proper execution of the respective software modules responsive to rules of transmission for generating the sequence of security tags; and | Before the attestation begins, the device (=TFG subsystem) sends certificates which includes compliance checks to the MDM server (=TTC subsystem) and the TTC subsystem holds the configuration data associated with policies (=associated with software module responsive to rules of transmission for generating the sequence of security tags). In the attestation stage, the TTC uses the stored sequence of security tags (=locally provided) for verification of device health. |

## How to Configure Compliance Settings?

The compliance status of a device indicates whether it meets the list of requirements enforced by the organization. With Hexnode, you can define a host of rules and settings to ensure an optimal level of security and conformity with your corporate regulations.

Hexnode UEM flags a device as non-compliant if it fails any of the selected compliance checks. The **Device compliance** pane and **Non-compliant widgets** on the dashboard keeps you updated with key metrics. The Compliant devices report lets you precisely document compliance for audits. You can also use Dynamic grouping to automatically round-up the non-compliant devices in a separate group to take quick remedial actions.

| Claim Language | Evidence of Infringement |
|---|---|
| | ## Configure Compliance Settings<br><br>1. Log in to your Hexnode MDM Portal.<br><br>2. Go to **Admin > General Settings > Compliance Settings**.<br><br>3. You will have the following options to be checked.<br><br>Compliance Settings<br><br>Mark your devices as "non-compliant" if:<br><br>MDM app/profile is removed from device ☑<br><br>Policy is removed from device ☑<br><br>Device becomes inactive ☑<br><br>Device is not encrypted ☐<br><br>Device is not password compliant ☐<br><br>Device is not application compliant ☑<br><br>Device moves out of geofence ☑<br><br>Device is jailbroken ☑ |

| Claim Language | Evidence of Infringement |
|---|---|
|  | Source:      https://www.hexnode.com/mobile-device-management/help/how-to-configure-compliance-settings-in-hexnode-mdm/ <br><br> ## Architecture <br><br> Hexnode cloud server stores files and other client configurations in the AWS S3 and uses the EC2 instances for executing secure cloud computational tasks. The relational database services (RDS) in the AWS are used for managing scalable CRUD operations in the cloud. <br><br> Source:  https://www.hexnode.com/mobile-device-management/help/hexnode-cloud-infrastructure-security/ |

| Claim Language | Evidence of Infringement |
|---|---|
| validating at the TTC subsystem, proper execution without variation of the respective software modules at the respective remote node location, responsive to validating the TTC sequence of security tags provided by the TTC subsystem relative to the sequence of security tags generated by the TFG subsystem. | The MDM server receives the certificates (=security tags) from the device. The MDM server (= the TTC subsystem) validates the compliance (=proper execution without variation of respective software modules) against the TTC sequence of security tags stored in the MDM server. The MDM server generates the compliance reports, which tells that the certificates associated with the policy are working as per the compliance settings stored in the MDM server. |

## How to Configure Compliance Settings?

The compliance status of a device indicates whether it meets the list of requirements enforced by the organization. With Hexnode, you can define a host of rules and settings to ensure an optimal level of security and conformity with your corporate regulations.

Hexnode UEM flags a device as non-compliant if it fails any of the selected compliance checks. The **Device compliance** pane and **Non-compliant widgets** on the dashboard keeps you updated with key metrics. The Compliant devices report lets you precisely document compliance for audits. You can also use Dynamic grouping to automatically round-up the non-compliant devices in a separate group to take quick remedial actions.

Source:      https://www.hexnode.com/mobile-device-management/help/how-to-configure-compliance-settings-in-hexnode-mdm/

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source:https://www.hexnode.com/mobile-device-management/help/managing-reports-in-hexnode-mdm/# |